UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM BEAUREGARD, as Personal
Representative of THE ESTATE of
SARAH DAWN BEAUREGARD,

        Plaintiff,

                              CASE NO. 3:08-CV-37-J-32HTS

   vs.

CONTINENTAL TIRE NORTH AMERICA, INC.,
a Foreign corporation,

        Defendant.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**DEPOSITION OF**

**JOSEPH L. GRANT**

AUGUST 6, 2009
11:55 A.M.

6047 TYVOLA GLEN CIRCLE
CHARLOTTE, NORTH CAROLINA

SHERRI L. PULEO, COURT REPORTER



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

**1**

```
              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                 JACKSONVILLE DIVISION
              CASE NO. 3:08-CV-37-J-32HTS
WILLIAM BEAUREGARD, as Personal
Representative of THE ESTATE of
SARAH DAWN BEAUREGARD,
             Plaintiff,
        vs.
CONTINENTAL TIRE NORTH AMERICA, INC.,
a Foreign corporation,

             Defendant.
```

```
DEPOSITION OF:   JOSEPH L. GRANT

DATE:            August 6, 2009

TIME:            11:55 a.m.

LOCATION:        Office Suites Plus
                 6047 Tyvola Glen Circle
                 Charlotte, NC

TAKEN BY:        Counsel for Plaintiff

REPORTED BY:     Sherri L. Puleo, Court Reporter
```

**2**

1  APPEARANCES OF COUNSEL:
2     ATTORNEYS FOR THE PLAINTIFF
     WILLIAM BEAUREGARD:
3
     WILNER HARTLEY & METCALF, P.A.
4       BY: NORWOOD S. WILNER
     444 Duval Street, 3rd Floor
5       Jacksonville, FL 32202
     (904) 446-9817
6       nwilner@wilnerblock.com
7     ATTORNEYS FOR THE DEFENDANT
     CONTINENTAL TIRE NORTH AMERICA, INC.:
8
     THORNTON, DAVIS & FEIN, P.A.
9       BY: DANIEL R. LEVER
     80 Southwest 8th Street, Suite 2900
10      Miami, FL 33130
     (305) 446-2646
11      lever@tdflaw.com
12
     (INDEX AT REAR OF TRANSCRIPT)
13
14
15
16
17
18
19
20
21
22
23
24
25

**3**

1   (Commencing at approximately 11:55 a.m.)
2          STIPULATION
3       It is stipulated by and between Counsel
4   that this deposition is being taken in accordance
5   with the Florida Rules of Civil Procedure,
6   Rule 56(b); that all objections as to Notice of this
7   deposition are hereby waived; that all objections
8   except as to form are reserved until the time of
9   trial; and that the deponent does not waive reading
10  and signing of this deposition.
11  *  *  *  *  *  *  *  *  *  *  *  *  *
12          JOSEPH L. GRANT
13  being first duly sworn, testified as follows:
14          EXAMINATION
15  BY MR. WILNER
16      Q.  Give us your name and your professional
17  address, please.
18      A.  My name's Joseph Lawrence Grant, and my
19  address is 4201 Moss Creek Court, and that's in
20  Matthews, North Carolina, 28105.
21      Q.  And is that your professional address as
22  well?
23      A.  Yes.
24      Q.  Is that your home as well?
25      A.  Yes.

**4**

1       Q.  Do you operate some business out of your
2   house?
3       A.  I do, yes.
4       Q.  What kind of business?
5       A.  I do independent tire consulting work.
6       Q.  All right.  And how many employees do you
7   have?
8       A.  Just myself.
9       Q.  Does anyone else own any part of the
10  business?
11      A.  No.
12      Q.  Is it incorporated?
13      A.  No.
14      Q.  How long have you been -- how long has
15  that been your principal business?
16      A.  It's been my full-time business since the
17  end of 2005, but I've actually been doing kind of
18  part-time independent consulting work going back all
19  the way to the mid to late 1990s while I was still a
20  full-time employee at Continental Tire North
21  American.
22      Q.  And between the late 1990s and 2005, what
23  was your principle occupation?
24      A.  I was a full-time employee of Continental
25  Tire North America.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

5

1    Q.  And that employment ceased in 2005?
2    A.  I retired the end of 2005, yes.
3    Q.  What was your last position at
4  Continental?
5    A.  I was the director of product analysis.
6    Q.  Who did you report to?
7    A.  The last person that I reported to was a
8  gentleman by the name of Ken Whitenhour.
9    Q.  And where was he located?
10   A.  Here in Charlotte.
11   Q.  Is there a plant here in Charlotte or is
12  it just a corporate headquarter kind of thing?
13   A.  There used to be a tire plant here in
14  Charlotte, and it was closed a couple of years ago,
15  the last couple of years.
16   Q.  What sort of agreement do you have with
17  Continental now?
18   A.  I have no agreement, it's just whenever
19  they have a tire that they would like for me to
20  examine, they ask me to do an examination of the
21  tire to help them understand why it ended up in a
22  certain condition.
23   Q.  I mean, when you retired did you execute
24  some kind of agreement about trade secrets and
25  things like that?

7

1    A.  If there is anything that still exists,
2  yeah, it would have to be the personnel department
3  or human resources department, HR.
4    Q.  And your employment with Continental
5  began when?
6    A.  Well, it started in 1971.  It was
7  actually called General Tire and Rubber Company when
8  I hired into the company.
9    Q.  And what happened to make it be called
10  Continental?
11   A.  In 1987 the tire division was kind of a
12  larger company called Gen Corp.  The tire division,
13  which was General Tire and Rubber Company was sold
14  to Continental Tire, which is a German tire
15  manufacturer.
16   Q.  So did you -- how did that work when you
17  were an employee of General, you kind of went with
18  the sale and become an employee of Continental?
19   A.  Yes.  First of all, it's just an
20  ownership and name stayed the same.  Over the
21  years the name has changed a couple of times, and
22  the current name is Continental Tire North America.
23  And yeah, they get all the equipment, all the
24  employees.  Nothing really changed when it was
25  purchased by Continental Tire.

6

1    A.  Well, I had a -- you know, as an employee
2  a trade-secret agreement.  Actually, when I
3  retired -- I don't really remember.  I didn't really
4  sign anything.  I'm not aware of anything.
5    Q.  But when you were an employee you did
6  have an agreement that you would not reveal trade
7  secrets, things like that?
8    A.  Yes.  I don't remember the specifics of
9  it, but I'm sure I did.
10   Q.  You know what a non-disparagement
11  agreement is?
12   A.  No, I don't.
13   Q.  Means you won't say bad things.
14   A.  No.
15   Q.  We make our people sign them.
16   A.  Really?
17   Q.  Oh, yeah.  Was that part of your
18  agreement, you know, when you were working there,
19  that you --
20   A.  No.  I've never heard of anything like
21  that before.
22   Q.  Well, so who would have a copy of any
23  agreement that you signed when you were an employee,
24  would that be like the personnel department or human
25  resources or something like that?

8

1    Q.  Continental was the German.  Continental
2  was based where?
3    A.  Based Hanover, Germany.
4    Q.  Have you been there?
5    A.  Numerous times, yes.
6    Q.  How's your German?
7    A.  Very bad.  I know a few key words and
8  that's about all.  But it's pretty easy to travel
9  around Europe just knowing English.
10   Q.  Sure.  So when you were at -- after being
11  acquired by Continental it was part of your job, as
12  I understand, to go to Hanover, at least sometimes,
13  and then you could tell me what you did, but at
14  least that was some part of your job?
15   A.  Yes.
16   Q.  So what kind of -- summarize the kind of
17  visits or the reasons for the visits that you would
18  go to do at Hanover.
19   A.  The majority of them were involved with
20  what I would refer to as tire development programs,
21  where I was developing or responsible for developing
22  certain lines of tires.  And occasionally I would
23  meet with the engineers and the chemists in Germany
24  to kind of review the direction that I was heading
25  with certain programs, and get some thoughts and



Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

**9**

1  ideas and what their latest technology was from
2  Europe to help get me kind of a broad overview of
3  things that were available that I could use in
4  designing tires.
5  Q.  Was Continental, at the time,
6  manufacturing tires as of the time that it bought
7  General; did they have their own line, is what I'm
8  trying to say?
9  A.  Yes.  Continental is actually a worldwide
10  tire supplier, and they've got quite a few tire
11  manufacturing plants in Europe and in Germany.  You
12  know, they manufacture a lot of tires and distribute
13  tires basically throughout the world.
14  Q.  Was there a change in the General Tire,
15  either the configuration or the manufacturing
16  process, as a result of Continental acquiring them
17  and giving them some different ideas or direction or
18  whatever?
19  MR. LEVER:  Objection to form.
20  THE WITNESS:  I would say not any drastic
21  changes, but obviously over the years being involved
22  with, you know, another tire company, there's always
23  synergies that are available as a result of what I
24  just talked about.  And I would say over the years
25  there's been more and more attempts to kind of

**10**

1  coordinate activities and to kind of standardize,
2  you know, constructions and compounds that are used
3  in tires.  And some of the manufacturing equipment
4  even, there's more opportunities to kind of
5  standardize with similar things that they're doing
6  in Europe.
7  BY MR. WILNER:
8  Q.  Okay.  In the course of your employment
9  at Continental, were you, at any time, responsible
10  for evaluating failure analysis, let's call it,
11  where you would look at tires that had failed or had
12  been claimed to have failed and, you know, do an
13  inspection of them and that kind of thing?
14  A.  Well, in a broad sense failure analysis
15  of tires has been something that I've been involved
16  with ever since I was a young engineer as part of
17  the design and development of tires and testing
18  tires under wide varieties of different conditions,
19  and testing them until they fail to see how they
20  fail, what causes them to fail, and what the
21  physical evidence looks like.  That's something I've
22  been involved with, you know, for like 34-and-a-half
23  years of employment when I was with Continental.
24  I think your question probably is being
25  more toward tires involved with litigation and

**11**

1  claims and things of that nature, if I can read into
2  your question.  And I would say that when I became
3  the director of product analysis, which occurred in
4  1993, from 1993 until I retired I was involved quite
5  a bit with the failure analysis of tires that were
6  involved in litigation and also claims, and I still
7  was involved with doing failure analysis on tires
8  that were involved with just test programs.
9  Whenever there was a need from tire development for
10  me to look at a tire with my experience, I would be
11  brought in to look at.  But tires involving
12  litigation and property damage, pretty extensive
13  since 1993.
14  Q.  Did you have -- as of 1993, let's say,
15  did you have occasion to conduct -- well, I'll call
16  it epidemiology in a way; I mean, did you have
17  occasion to collect from the field a measurement of
18  how many tires were failing or were claimed to be
19  failing or were returned, any of those things from
20  different model years?
21  MR. LEVER:  Objection to form.
22  THE WITNESS:  That's a pretty broad
23  question on what you're asking.  You know, there's a
24  number of different thoughts when you ask that
25  question.  Like, for example, how many fails were

**12**

1  involved in litigation might be one thing, how many
2  just generally fail.  And we may have seen as a
3  result of property damage claims or just reports of
4  a tire failure.  And then there's also, you might
5  even lump in some adjust date, sometimes when a tire
6  gets adjusted when a person has a problem or issue
7  or perceived issue with a tire.  A lot of tires that
8  get adjusted as a result, so.  You know, There's a
9  lot of different things the way you asked that
10  question.
11  Overall though, I would say -- I would
12  make the comment, even if you lump all of that
13  together, when you consider the overall number of
14  hundreds of millions of tires that have been
15  manufactured, the actual percentage is quite low.
16  BY MR. WILNER:
17  Q.  Okay.  Let's take that and see if we can
18  follow up.  The percentage that you just referred
19  to, let's define that with your help, as the number
20  of tires that -- let's say denominator is the total
21  number of tires manufactured by a given plant in a
22  given year of a certain design, and the numerator
23  then would be the number of tires that were known to
24  the manufacturer to have either failed or someone
25  complained that they didn't perform right.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

Joseph L. Grant                                                          August 6, 2009

---

**13**

1    A.  Okay.
2    Q.  Now, does that metric make -- just in
3  terms of logic, does that make sense to you?
4    A.  Again, in a very broad sense it does,
5  'cause you threw in some terms there about people
6  perceived as failing, you know, there's kind of a
7  judgment part of it.
8    Q.  Certainly is.  That would be -- as I
9  understand it, then a manufacturer would, in the
10  course of business, certainly be interested in
11  knowing how many tires had truly failed for a given
12  model and a given year, correct?
13    A.  Well, you're never going to know -- find
14  out every single tire that's ever been cut,
15  punctured, damaged in some respect that ends up
16  getting, you know, removed off of a vehicle.  We
17  deal with the numbers that are -- that we can put
18  our hands around, as far as tires that end up --
19  that we become aware of through kind of those
20  different areas that I talked about, mentioned
21  earlier.
22    Q.  The areas being?
23    A.  Well, the tire getting involved that
24  comes back for us to look at from litigation.
25    Q.  Right.

---

**14**

1    A.  A property damage claim tire.
2    Q.  Right.
3    A.  Tires that come back through the
4  adjustment center.  And then kind of a fourth
5  category, kind of covering just kind of everything
6  else would be sometimes you just hear about a
7  failure or from somebody writing a letter to someone
8  in the company.
9    Q.  Sure.
10    A.  Or a dealer or a vehicle manufacturer
11  telling us about something that they've been
12  involved with.
13    Q.  And a certain number of these tires would
14  come back to the factory or be available for
15  inspection by the factory, either the adjustment
16  centers or sometimes litigation, right?
17    MR. LEVER:  Objection to form.
18    THE WITNESS:  Yeah, there would be a
19  certain number of them would end up there.
20  BY MR. WILNER:
21    Q.  That's what I'm going at though.  The
22  manufacturer, as I understand it, a manufacturer has
23  an interest in, or tell me if they don't, in
24  evaluating in the field how its product is
25  performing, right?

---

**15**

1    A.  Yes.  I would agree with you, yes.
2    Q.  So if, for instance, and I'm not saying
3  it happened; but if, for instance, you were to have
4  a flood of legitimate adjustments from a given model
5  and a given year, that's something, hypothetically,
6  that the manufacturer would want to know about,
7  right?
8    MR. LEVER:  Objection to form.
9    THE WITNESS:  Yes.
10  BY MR. WILNER:
11    Q.  So, I mean, if they, as you said,
12  percentage has been going along, going along as a
13  low percentage, all of a sudden it jumped up, that's
14  something the manufacturer would need to know, you
15  would be one of those people in that process to
16  evaluate that situation?
17    MR. LEVER:  Objection to form.
18    Q.  Is that fair?
19    A.  Yeah.
20    Q.  Okay.
21    A.  If there's a situation like that that
22  comes up where my input is asked for, yeah.  I'm not
23  saying I'm aware of every single thing that happens
24  there.  There's quite a few of those situations,
25  yeah, where I would get involved.

---

**16**

1    Q.  Who is it at the company that would file
2  some kind of a report annually, monthly, whatever,
3  on the rates of these various things that we're
4  talking about; adjustments or litigation -- plus
5  litigation and so forth, so that you could begin to
6  form a picture of whether there was anything going
7  on?
8    A.  Well --
9    MR. LEVER:  Objection to form.
10    THE WITNESS:  There isn't any one person,
11  there isn't any one report at all that goes on that
12  someone writes, it really depends upon the
13  situation.  For example, if the adjustment data is
14  collected, and that's handled by a certain group
15  within the company, they know what the adjustments
16  look like for different models of tires and
17  different time periods of tires, so they would have
18  that information.
19  BY MR. WILNER:
20    Q.  Who is that though?
21    A.  The name changes -- the name of the group
22  changed over the years.  I'm not sure if it's still
23  called Product Services or if it falls under a
24  larger umbrella of quality assurance.  It's
25  typically been a group called Product Services, and

---



# ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

Joseph L. Grant                                        August 6, 2009

17

1  I think they're under a larger umbrella of corporate
2  quality assurance at this point.
3         Q.  Okay.  The tire that brings us here
4  today, it's my knowledge that it has been made in
5  Mayfield, Kentucky in 1994; is that consistent with
6  what you understand?
7         A.  Yeah.  That's correct.
8         Q.  Can you tell me what the adjustment rate
9  for tires of this design out of the Mayfield plant
10  from 1994 is over the years?
11        MR. LEVER:  Objection to form.
12        THE WITNESS:  Well, the information that I
13  saw that was provided to you is that -- first of
14  all, it looked phenomenal.  There was one -- the
15  report of the information available there's one tire
16  that was adjusted out of this particular tire.
17  BY MR. WILNER:
18        Q.  Let's see what you are talking about.
19        A.  Okay.  I have it, just give me one minute
20  here to find it.
21        MR. LEVER:  It was the two-page letter we
22  sent to you all pursuant to the court's request.
23        MR. WILNER:  I don't have it with me.
24        THE WITNESS:  It's here.  This is the
25  letter dated July 21, 2001, it says that the search

18

1  has revealed the fact that one tire manufacturer in
2  1997 made to the subject's model specification was
3  adjusted in 1999.
4  BY MR. WILNER:
5         Q.  When you're done with that, let me take a
6  look at that.  Thanks.
7         Okay.  So this is made to the subject
8  model specification, Vagabond Radial All-terrain
9  33x12x50 R15/LT.  Now, how many Vagabond Radial
10  All-Terrain 33x12x50 R15s were made in 1994?
11        A.  I don't see that they have that
12  information anymore.  I didn't see any of the
13  information.
14        Q.  So no one knows the denominator?
15        A.  Correct.  Don't know what the denominator
16  is.
17        Q.  Now, this size, 33x12x50, how many
18  different sizes are there for Vagabond Radial
19  All-Terrains?
20        MR. LEVER:  Objection to form.
21        THE WITNESS:  I don't know off the top of
22  my head.  I wouldn't know.  I would expect there's
23  going to be some other sizes, that this would not be
24  the only size.  Having said that, I don't know the
25  exact number of sizes.

19

1  BY MR. WILNER:
2         Q.  Well, explain what a 33x12x50 means, R15.
3         A.  That's a size designation for a
4  classification of tires called flotation size light
5  truck tires.
6         Q.  Okay.
7         A.  The 33 represents the nominal outside
8  diameter; the next -- the 12.5 is the nominal
9  section width of the tire mounted and plated on
10  design rim width, and the 15 is the nominal diameter
11  of the wheel that the tire's mounted on.
12        Q.  So is this Vagabond Radial All-Terrain
13  tire still made?
14        A.  Not that I -- I'm almost positive it's
15  not.  I have not seen this -- any tires of this
16  brand in quite a long time.  But again, I really
17  don't know.  I don't think it is though.
18        Q.  Well, give me a second and I'm going to
19  look it up.
20        Now, did you provide the information that
21  was contained in this letter about the one 1997
22  tire?
23        A.  No.
24        Q.  You know where that information came
25  from?

20

1         A.  No.
2         Q.  Do you have the documents that back it
3  up?
4         A.  No.
5         Q.  So you don't have any independent
6  information about that, that issue --
7         A.  I do not.
8         Q.  Right?
9         A.  Correct.
10        Q.  Well, were all the Vagabond Radial
11  All-Terrain tires manufactured in Mayfield or was
12  there another plant that also made them?
13        A.  The light truck tire size, whatever light
14  truck tire sizes, including this size, would only
15  have been manufactured in the Mayfield, Kentucky
16  plant.  I do know that.
17        Q.  So when you were -- let's limit this to
18  1994.  When you were there, all of the light truck
19  tires manufactured by Continental would have been
20  made at Mayfield?
21        MR. LEVER:  Objection to form.
22        Q.  Is that fair?
23        A.  Tires in -- they're manufactured in the
24  United States, the light truck tires were, I would
25  say almost exclusively manufactured in Mayfield, and



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

21

1    that's not to say that every once in awhile there
2    would be a situation where one of the other two
3    plants, either Charlotte or Mount Vernon, Illinois,
4    may have gotten involved with some very limited
5    amount of production, but it would not have been
6    this type of tire, it would have been -- if they
7    were it would have been original equipment type
8    tire.
9        Q.   And did Mayfield also make passenger car
10   tires?
11       A.   They did, yes.
12       Q.   How many different lines are there in
13   Mayfield that produce these tires?
14       A.   I can't give you any specific number, but
15   Mayfield manufactured a lot of different types of
16   tires, along the lines what you were just asking,
17   they manufactured radial passenger car tires,
18   regular light truck tires, a variety of different
19   sizes of both; as well as even some other types of
20   tires, like some farm tires, some industrial tires.
21       Q.   Okay.  And how many manufacturing lines,
22   not tire lines, but how many manufacturing assembly
23   lines are there in Mayfield?
24       MR. LEVER:  Objection to form.
25       THE WITNESS:  They're not specific

22

1    assembly lines.  There's a lot of different
2    departments that manufacture components that go to
3    different areas, but there isn't a place you would
4    call a single like manufacturing line where you
5    start at one end and end up at the other end and you
6    have a tire.  That's not how the tires are made.
7    BY MR. WILNER:
8        Q.   Okay.  Now, have you published anything
9    in your area of expertise?
10       A.   I have two papers that I've published
11   outside of Continental that are on my CV, and I
12   brought copies of them.  The first paper is a paper
13   that I published and presented at three different
14   industry organizations related to how high
15   performance tires differ from regular tires, and the
16   construction and compounding performance.  Then I
17   also have another paper that I presented at an
18   industry seminar, and it was related to rim line
19   compression grooves as an indicator of
20   over-deflected operation.
21       Q.   And where were these papers published?
22       A.   Well, the first paper, What Makes a High
23   Performance Tire Different From a Regular Tire, I
24   presented at the -- it shows on my CV, that's what I
25   was looking at, in January of 1986 at the Akron

23

1    Rubber Group, October of 1986 at a tire industry
2    conference that's held every year at Clemson
3    University.  And then April of 1997 in Louisville,
4    Kentucky at the American Retreaders Association
5    Annual Convention that they have, I presented that
6    same paper there also.
7        And then the paper entitled Rim Line
8    Grooves As An Indicator of Underdeflated or
9    Overloaded Tire Operation in Radial Tires, that
10   paper is a more recent paper, September of 2004, and
11   I presented that in Akron, Ohio at International
12   Tire Exhibition and Conference that's held every two
13   years in the fall in Akron, Ohio.
14       Q.   And you have a copy with you?
15       A.   I do, yes.
16       Q.   Why don't you get that out, talk about
17   that a little.
18       A.   This is the first paper and this is the
19   second paper.
20       Q.   Okay.  You say:  Any rim line compression
21   grooves found during normal deflection operation
22   tends to be non-existent to slight.  And on Page 4
23   then you go on to say:  This is shown by examining
24   tires that completed UTQG treadwear testing, and
25   it's a treadwear grade test conducted for 7200 miles

24

1    using normal levels of deflation pressure.  The rim
2    line grooves form during this testing are
3    non-apparent to shallow.
4        Now, did you have a systematic control
5    group of normally deflected tires other than the
6    UTQG data that you say?
7        A.   Well, that is the control group.  That is
8    the normally deflected.
9        Q.   That is your control group?
10       A.   That is the control group.
11       Q.   That control group only went 7200 miles?
12       A.   That's what -- well, that's what I was
13   using as an example for this particular paper,
14   because it's something that all tire engineers and
15   chemists can relate to that performance on that
16   particular evaluation.
17       Q.   Where is your control group for normally
18   deflected tires that have run 30,000 miles?
19       A.   I would use the -- if you want to talk
20   about tires, again, in the higher mileages, I would
21   use some of the work done by standards testing
22   laboratories where they've run tires to higher
23   mileages on in-door wheels and at various levels of
24   inflation pressure.
25       Q.   Well, is that referenced in the paper,



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

25

1    that being a control group?
2        A.   The papers are referenced in there.
3        Q.   Okay.  So that would be Compression
4    Grooving and Rim Flange Abrasion as Indicators of
5    Over-Deflected Operating Conditions Standard Testing
6    Laboratories Schnuth, Fuller, Follen, Gold and
7    Smith, October 1997; is that the one you're talking
8    about?
9        A.   That's one of them.  There's actually
10   three papers.
11       Q.   Okay.  Now, they're not attached here, I
12   guess, right, those papers?
13       A.   No.  Yeah, they're referenced.  And I do
14   have copies of those three papers here though.
15       Q.   Well, okay, let's -- so you did not
16   personally do or examine any control group that --
17   well, let me back up.  Did you personally examine
18   the UTQG tires?
19       A.   I've examined thousands and thousands of
20   tires off that evaluation, off of that particular
21   test.
22       Q.   Well, those were Continental tires that
23   were tested, according to this treadwear test,
24   right?
25       A.   Primarily Continental tires, but there

26

1    are also many times when different competitor-type
2    tires, like Cooper tires, Michelin tires, Goodyear
3    tires would also be running, I'll have the
4    opportunity to look at those tires also.
5        Q.   The words non-apparent or shallow or
6    slight don't, to me, indicate a quantitative
7    measurement, do you disagree?
8        MR. LEVER:  Objection to form.
9        THE WITNESS:  You mean is there an actual
10   measurement of them?  I don't have an actual
11   measurement of them.  It is more a visual
12   examination and determination of what that rim
13   groove looks like, or marking is what I really refer
14   to if it's under normal inflated conditions.
15   BY MR. WILNER:
16       Q.   Well, how deep is slight?
17       A.   It's a -- I would characterize it as
18   something that really does not have any real
19   distinct grooving or erosion of the rubber.
20       Q.   Okay.  How deep is slight?
21       MR. LEVER:  Objection to form.
22       THE WITNESS:  The same comment, it's a
23   visual determination in looking at is there really
24   any significant amount of rubber that's compressed
25   or braided away.  There isn't any bright line,

27

1    actual physical number that you can establish with
2    it.
3    BY MR. WILNER:
4        Q.   So it's your -- it's basically a judgment
5    call you made?
6        A.   Yeah.  It's a judgment call based upon
7    looking at tens of thousands of tires under all
8    different types of conditions over my career.
9        Q.   Now, you said also in this tread -- in
10   the treadwear test that any rim compression groove
11   found during normal deflected operation tends to be
12   non-existent to slight.  Does that mean that there
13   are variations, even among tires that have run
14   properly inflated for 7200 miles?
15       A.   You can find some very slight variations.
16   I always characterize it that you can look in the
17   rim line area at the rubber, you can tell a tire's
18   been mounted against the wheel, but there really is
19   not any significant amount of grooving that's been
20   established under normal properly maintained tire
21   conditions.
22       Q.   All right.  But my question was more:
23   Were there some tires in the 7200-mile run that had
24   no such groove and others that had slight?
25       A.   Yes.  You could see some slight amount of

28

1    variation, as I said before.
2        Q.   What is that due to?
3        A.   Pardon.
4        Q.   Why is that?
5        A.   Well, it's a number of factors:  One is
6    the very slight variation that you see in the flange
7    on the wheel, there's tolerances involved with the
8    wheel flanges, there's tolerances involved
9    with the tire, itself.  So minor variations that you
10   would see on the tire of the wheel and how it
11   actually interfaces will give you some slight
12   variation in what that appearance looks like.
13       Q.   All right.  Now, let's go to the -- any
14   group of tires that you might know about as you
15   referenced earlier, the Standard Testing Laboratory,
16   for instance, that have run tires beyond 7200 miles,
17   let's talk about that.
18       A.   Okay.
19       Q.   All right.  Were those tires that you
20   mentioned here, you see if I can find -- Analysis of
21   tires that have been returned from various types of
22   control test conditions.  The work conducted by
23   Standard Testing Laboratories reference above
24   confirm the knowledge base.  All right.  So what I'm
25   trying to do is I'm trying to figure out exactly how



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

29

1    you define a control group of tires that are
2    operated for more than 7200 miles whose inflation
3    pressure is known, period.
4        MR. LEVER:  Objection to form.
5        THE WITNESS:  First of all --
6    BY MR. WILNER:
7        Q.  I'm sorry.  Did I trail off too early?
8    All right.  Let me try again.  I understand you're
9    referencing the 7200-mile group.  I do follow that.
10   My question to you was then:  Only 7200 miles?  And
11   you said, no, no, I've got another group that's gone
12   beyond 7200 miles.  And that's the Standard Testing
13   Laboratory group, I understand.  What I want to do
14   in these series of questions is see whether I can
15   fully understand the parameters of that second
16   group.  So let's see if we can do it.
17       First, those Standard Testing Laboratory
18   tires were not tires that you systematically
19   inspected, somebody else inspected, right?
20       A.  Correct.  No.  You asked me the question,
21   you know, what do I have beyond that that I have
22   available.
23       Q.  Yes.
24       A.  And what I'm telling you is where I would
25   refer to the standards testing material that we have

30

1    available.  But beyond that, I would tell you that,
2    again, I've looked at tens of thousands of tires
3    under wide variety of conditions, tires going 30,
4    40, 50, 60 70, 80,000 miles under normal conditions
5    and they don't change, and that's part of what's
6    stated in that paper, and that's part of what shows
7    up in the Standards Testing Laboratory evaluation.
8        Q.  All right.  So the standard testing
9    people tested for what exactly?
10       A.  They were looking at different sizes of
11   tires in the three different papers, and then they
12   were looking -- they were running the tires on
13   in-door wheels at various levels of over-deflection,
14   including some that what you would consider to be
15   normally deflected tires.
16       Some of these are different sizes.  I'm
17   going to try to find a light truck tire -- well,
18   actually a passenger tire, because that paper is
19   dealing with some of the passenger tires.  I'm not
20   sure exactly what your question is.  There isn't --
21   you really have to look at this whole test report to
22   really understand the issues, but...
23       Q.  Okay.  Do you have it there?
24       A.  Yeah.  This paper here, which is the
25   June '97, shows a variety of different manufactured

31

1    tires in the different conditions that they ran with
2    normal load, and then also over-deflected loads.
3    And they actually used a rating scale from zero to
4    five, and it shows, as an example, even going up to
5    20,000 miles on their evaluations, that the more
6    over-deflection that you put into the tire the more
7    pronounced the rim groove got and the higher the
8    rating was that they gave the particular tire.  So
9    there's a whole litany of different conditions and
10   different tests involved with that particular
11   evaluation.
12       Q.  So we'll put that in the center there and
13   we'll take a look.
14       A.  Okay.
15       Q.  And other than what you talked about
16   earlier, your own observation of tires, that is the
17   control -- that references the control group of
18   higher mileage tires with respect to rim line
19   grooves; is that fair?
20       A.  No, it's not quite fair.  It's one
21   control group that's been published in a paper of
22   higher tire mileage, a work that people have done up
23   there.  It's just part of the overall body of
24   knowledge that I have, though, of looking at a lot
25   of tires in my career.

32

1        Q.  Have you, other than this paper, made any
2    systematic notes or statistical summaries of these
3    tires with respect to these rim line grooves?
4        MR. LEVER:  Objection to form.
5        THE WITNESS:  If I understand the way you
6    phrased the question, no, I don't have anything more
7    than what you have here in these papers.
8    BY MR. WILNER:
9        Q.  You say if the physical evidence of the
10   tire reveals belt edge separations for 360 degrees
11   on both belt edges and rim line grooves, one can
12   conclude the tire failed as a result of
13   over-deflected operation.  Now, let me see if I
14   understand that.  Any tire that has experienced a
15   belt detachment, if it's a complete detachment it's
16   going to be 360 degrees around, but as I understand
17   the meaning of this sentence, a belt-edge separation
18   for 360 degrees is an additional issue; does that
19   make sense?
20       A.  Yes, it does.
21       Q.  In other words, you can have a belt
22   detachment, but it didn't separate all the way
23   around, it just -- it separated part of the way and
24   then it ripped, the rest of it failed through
25   overload; is that fair?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

33

1    A.   It was fair until you added with
2  overload.  No.  You pretty much have it.  You can
3  have a tread and tough steel belt get detached and
4  it may only have a localized area of separation in
5  the tire --
6    Q.   Right.
7    A.   And that's where it starts to get ripped
8  off, and it comes off during -- as it's going down
9  the road.
10   Q.   Right.
11   A.   And the rest of it gets ripped or torn
12 off the tire, there may not be any belt-edge
13 separation at all --
14   Q.   I understand.
15   A.   Just getting ripping through the rubber.
16   Q.   Wouldn't that be overload?
17   A.   No, it wouldn't be overload.  It's really
18 the physics of once you get a flap of tread belt,
19 steel belt hitting the road, every time it hits the
20 road it tries to go underneath the footbridge, going
21 to kind of rip it a little bit more, and it happens
22 real fast, and it totally just rip the tread and top
23 steel belt right off.
24   Q.   So how would you -- so there are tires
25 that have a localized belt-edge separation, and

34

1  those that have a belt-edge separation of all the
2  way around.  Those are just two concepts that we
3  just identified.
4    A.   Yes.  And there's some that have kind of
5  in between too, sometimes you'll have intermittent
6  separations in a tire.
7    Q.   And which do you think the subject tire
8  here?
9    A.   Well, the primary part of the failure is
10 the localized area of the separation and polishing
11 in the tire.  There's really localized area event
12 that occurred late in the life of the tire.  But
13 there's also some what I refer to as breakdown along
14 the belt on both belt edges going along this tire.
15   Q.   Now, you have not, as I understand it,
16 tested the mechanical properties of the rubber or
17 the other materials in the subject tire, correct?
18   A.   Correct.  My examination is a
19 non-destructive test.  I don't take any samples or
20 anything off the tire.
21   Q.   Now, if -- well, in your paper here on
22 Under-inflation for Over-deflective Operations, you
23 mentioned some of the consequences of
24 over-deflective operation, and do I get the right
25 impression here that the main issue is heat?

35

1    A.   That's a huge issue.  Heat is a big
2  issue.  And then also just the addition of increases
3  of stresses and strains going on, primarily at the
4  belt edges, which is a critical area of the tire.
5    Q.   And let's focus on heat for a minute.
6  You say the hottest section is at the steel belt
7  edges increase from 160-degrees Fahrenheit at
8  41 PSI, 60 miles an hour to over 220 degrees at
9  11 PSI, same speed.  What is the effect on the tire
10 or the rubber compound of that kind of heat?
11   A.   Well, first of all, rubber is one of
12 those materials that can withstand quite a bit of
13 heat for short periods of time.  When it really
14 starts to become a problem is when it gets high heat
15 for a continued long period of time.  And what
16 happens is the physical properties of the rubber
17 start to change, and one of the primary physical
18 properties that changes is the tear strength of the
19 rubber starts to go down, so the rubber actually can
20 tear, rip a lot easier than a tire that hasn't been
21 subjected to a high amount of heat.
22        And there's some other physical properties
23 that change, but from what we're talking about
24 that's one of the primary issues.  And the next one
25 would be the adhesion characteristics of the

36

1  rubber-to-rubber adhesion and also the
2  rubber-to-steel adhesion, as an example with the
3  tire.
4    Q.   Now, I remember when the Firestone issue
5  was brewing, so to speak, that the word was that the
6  adjustments were much greater from the Sunbelt
7  states, especially Florida, Texas and I think
8  Arizona, that the rates of observed failures were
9  much higher in those states.  Do you recall anything
10 like that?
11   A.   Well, I do, but it's not limited to
12 Firestone tires, it's any tire manufactured in the
13 world.  The more severe service the tire is used in,
14 such as southern states, you know, just exacerbates
15 or makes a situation, such as over-deflected
16 operation, that much even worse.  If you're not
17 maintaining the tires real well, you get a tire
18 that's running under-deflated, high heat is just
19 going to add to the heat that the tire is getting
20 exposed to.
21   Q.   Well, it was my understanding, I guess
22 maybe from the report or something like that, that
23 not all of the failures in the, let's take the
24 Firestone issue, were the result of under-inflation;
25 is that -- is your understanding that all of the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

Joseph J. Grant                                                           August 6, 2009

---

37

1    failures were under-inflation?
2        A.   No.  But anything that --
3        Q.   Yeah.
4        A.   The answer's no, it was not just
5    under-inflation.  There's a lot of other factors
6    involved with it.  But what any factor -- whatever
7    the factor is that's causing additional stresses and
8    strains in the tire, once you start then adding in
9    heat and you're starting to get to the point where
10   the rubber starts to breakdown, sure, in the
11   southern states you're going to see more issues than
12   you would in the northern states.
13       Q.   Let's exclude, for just purposes of this
14   part of the discussion, under-inflated excessive
15   temperatures, but just take normal, you know,
16   deflection operation in Florida versus in Maine.  As
17   I recall, people have or maybe it was NHTSA, I can
18   look it up in a minute, but just to get your
19   impression here, that those tires or at least the
20   Firestones were found, even the ones they didn't
21   think were under-inflated, to be failing at a higher
22   rate in Florida than they did in cold climates.  So
23   you agree or you have a totally different view of
24   everything or what?
25       MR. LEVER:  Objection to form.

---

38

1        THE WITNESS:  No, I agree.  I have no
2    problem with it.  Just generally you would expect
3    that to occur with anyone's tires.  You look at the
4    data, there's obviously more tire issues in the
5    hotter states than there are in the colder states.
6    BY MR. WILNER:
7        Q.   In fact, the degradation of the rubber
8    compound, as you mentioned, is exponential with
9    temperature and linear with time; fair?
10       A.   No.  I --
11       Q.   What do you think, it's exponential with
12   both?
13       A.   No.  I don't think it's -- you can
14   characterize it that simplistic.
15       Q.   I'm not trying to be simplistic, I tried
16   to state it in a mathematical way.  What do you
17   think it is?
18       A.   What's the question?
19       Q.   Let's take temperature first.  You don't
20   think that it's -- I mean, from your paper I glean
21   that you accept the proposition that temperature
22   effects on rubber are non-linear with a positive --
23       MR. LEVER:  Objection to form.
24       THE WITNESS:  I'm not sure I understand
25   your question.

---

39

1    BY MR. WILNER:
2        Q.   What I mean is, If you double the
3    temperature you do more than double the rate at
4    which the tire degrades, or don't you agree?
5        MR. LEVER:  Objection to form.
6        THE WITNESS:  No.  It really depends upon
7    the length of time that it's been exposed.
8    BY MR. WILNER:
9        Q.   That's what I said earlier.  I said it
10   was the temperature times the duration, some
11   equation like that, right?
12       A.   Yes.
13       Q.   Okay.  That's fine.  But we can agree on
14   that.
15       A.   Uh-huh.
16       Q.   And so, in other words, if you were 220
17   degrees for 30 hours, that might degrade you a
18   certain amount, or if you were at 200 degrees for
19   some greater length of time that might effect you
20   the same way?
21       MR. LEVER:  Objection to form.
22       THE WITNESS:  Yes.
23   BY MR. WILNER:
24       Q.   Okay.  Understand that.  Now,
25   incidentally, we just talked a little bit about

---

40

1    Firestone.  Were you involved in some way in the
2    Firestone  Wilderness AT tire issue that was, you
3    know, discussed and written about in the various
4    forums?
5        A.   I was one of a number of different people
6    that Firestone asked to come in and look at some of
7    their tires; not by any imagination all of them, but
8    some of the tires and help them understand what the
9    issues were and why some of these tires were ending
10   up in the condition they were in.
11       Q.   Did you submit something on the NHTSA
12   docket on this issue?
13       A.   No.
14       Q.   Did you submit a report to Firestone?
15       A.   Not any one specific report.  If there's
16   a case that I'm involved with from a litigation
17   standpoint, and if there's a federal rule in that
18   particular case or a requirement from the court to
19   submit a report on one particular tire, similarly
20   along the lines what I have in this particular case;
21   then, yeah, I would have written a report related to
22   a particular tire failure analysis that I did.
23       Q.   Who would have those reports, Firestone?
24       A.   If they would, you I --
25       Q.   I guess, do you have them?

---



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

41

1    A.  No.  I would not have them.
2    Q.  Okay.  How many tires do you think you
3  looked at for Firestone?
4    A.  Of the recall tires, specifically?
5    Q.  Yeah.  Let's start there.  That's fair.
6    A.  Yeah.  I don't have a real good feeling.
7  I been doing forensic analysis work for a wide
8  variety of claims.  I believe Firestone's going back
9  to the mid 1990s, and I'm sure I probably looked at
10 somewhere in the neighborhood of 20 to 30, maybe
11 even slightly more, recall tires.  That seems so
12 high to me.  Actually thinking, probably more toward
13 20.  I don't have a specific number of tires I would
14 have examined for Firestone.
15   Q.  Well, I meant to focus it on the
16 Wilderness AT tires that were the subject of this
17 discussion by the National Highway Traffic Safety
18 Administration in October of 2001, and which were,
19 as I understand it, the subject of the recall.  Just
20 focusing on that.
21   MR. LEVER:  I'm going to object to the
22 Firestone issue questions, generally as not being
23 relevant to the scope of Mr. Grant's retention in
24 this case.
25   THE WITNESS:  As I said, I don't have any

42

1  specific number of tires that I can offer that I
2  looked at that were involved in the recall.  But
3  again, I've looked at tires for Firestone for many
4  years on and off in different times, and I'm sure I
5  looked at some quantity, but I really don't even
6  have a number in mind, but not all that many.
7  Definitely not anywhere near the total number of
8  tires that were involved.
9  BY MR. WILNER:
10   Q.  Okay.  Well, why did Firestone recall
11 these tires?
12   MR. LEVER:  Objection to form.
13   THE WITNESS:  Well, I think you need to
14 ask Firestone that question, why they recalled the
15 tires.  But having said that, I've been involved
16 with a number of recalls in my career, even at
17 Continental, and there are times when it just makes
18 sense to take some tires off the market, even if you
19 don't know what the issue may be, just because
20 there's an elevated number of -- for example, what
21 happened with Firestone on the Ford Explorer, an
22 elevated number of serious accidents, that it made
23 sense to take those tires
24 off the market, even if you knew or you didn't know
25 that some or even all of them or maybe even just

43

1  some of them may have been defective.
2  BY MR. WILNER:
3    Q.  Okay.  Did you analyze any defective
4  tires; in other words, the ones they asked you to
5  look at, were they defective?
6    A.  I do recall about two tires that I've
7  looked at, Firestone tires, that when I got done
8  analyzing the tire I told Firestone, again, these
9  are tires that failed in service as a result of a
10 manufacturing defect in the tire.
11   Q.  And when you say a manufacturing defect,
12 does that include a design defect, as we lawyers
13 sometimes refer to?
14   A.  No.  These were manufacturing defects.
15   Q.  Looks like there was some discussion by
16 NHTSA about a change in the design of the
17 Wilderness AT as a result of some of this
18 discussion.  Were you aware of the changes in
19 material composition and changes in the gauge of the
20 wedge in the Wilderness AT tires?
21   A.  I'm generally familiar with some of the
22 changes that took place in the Firestone tires.
23   Q.  Did you make any recommendations on those
24 kind of changes to Firestone?
25   A.  I did not, no.

44

1    MR. WILNER:  Let's take a break.
2    (A recess transpired.)
3  BY MR. WILNER:
4    Q.  Let me ask you about this standards
5  testing.  Looks to me, just taking a quick look at
6  it, that they ran two sets under laboratory
7  conditions, and one set under vehicle passenger
8  vehicle.  I think what you're looking at are the two
9  sets that they ran on test wheels?
10   A.  Two different sizes, but each of the
11 sizes they actually have a lot of different data
12 points --
13   Q.  I understand that.
14   A.  Different conditions.  But you're right,
15 there's two different sizes.
16   Q.  If you skip a couple pages you'll see
17 they did the road -- keep going, then they go --
18 that one (Indicating).
19   A.  Exactly.
20   Q.  That's the one that they do on the
21 vehicles, right?
22   A.  Yes.
23   Q.  Now, the ones on the vehicles, as I
24 understand it, were only 7200 miles?
25   A.  Yes.  That's correct.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

Joseph J. Grant                                    August 25, 2009

---

45

1   Q.  The ones on the road wheels, what do you
2   want to call them, the test wheels?
3   A.  Road wheels, test wheels, that's fine.
4   Q.  They were tested up to 20,000 miles,
5   looks like.
6   A.  Correct.
7   Q.  That's a lot of in-door testing; isn't
8   it?  They ran 20,000 miles on a laboratory thing,
9   really?
10   A.  Yeah.
11   Q.  How long does that take?
12   A.  Depends upon the speed.
13   Q.  Yeah.
14   A.  They kept it -- I have talked to them,
15   they kept the speeds fairly low to 50 miles an hour.
16   Yeah, a lot of in-door wheel testing.
17   Q.  Now, the difference being that in those
18   tests they don't put side force on them, right?
19   A.  Yes.  That's correct.
20   Q.  They just put normal force?
21   A.  Yes.
22   Q.  Okay.
23   A.  There's no turning involved with these.
24   Q.  Okay.  And I didn't see any in this paper
25   either, I didn't see any measurement of these rim

---

46

1   grooves, I only saw a judgment of 1 -- somebody put
2   a numerical figure of 1 through 5, depending on how
3   severe they thought it was.
4   A.  You're right.  It's a subjective rating
5   on a scale of basically 0 to 5.
6   Q.  Yeah.
7   A.  And they had a number of people evaluate
8   the tires, and they come up with that subjective
9   rating.
10   Q.  Is it common to have this rim groove more
11   pronounced on one side of the tire than the other;
12   meaning, when I say side, I guess I mean outboard or
13   inboard?
14   A.  No.  I totally understand.  That's a good
15   question.  I would say -- I'm not sure I'd use the
16   word common, but it's not unusual.  You get similar
17   on both sides and it can be some slight differences
18   on one side to the other.  And I suppose just
19   understanding how tires operate, it could be a
20   situation where it could be rather drastic from one
21   side to another.
22   Q.  Is it commonly though more on the
23   outboard side or more on the inboard side?
24   A.  No.  I would say commonly it's going to
25   be equivalent, and what's going to influence on

---

47

1   whether it's outboard, inboard is really going to be
2   related to the alignment setting of the vehicle, and
3   how the tire's actually rolling down the road.
4   Q.  If it's at a little bit of an angle that
5   induces the side load, and that would produce more
6   of a grid?
7   A.  Or toe in or toe out, yeah, or too much
8   (Inaudible) one way or the other, yeah, can start to
9   influence one side to the other.
10   Q.  Okay.  I see.  So did you use this
11   1 through 5 subjective classification when you did
12   your various sundry inspections of tires?
13   A.  No.
14   Q.  You just used the words slight or tell me
15   how you do it?
16   A.  I don't really use any characterization
17   of it, unless somebody asked me to give some kind of
18   adjective to it, if I can I might try to help them
19   understand what it looks like.  But I basically
20   using my experience of looking at thousands and
21   thousands of tires under wide variety of different
22   service conditions and different mileages, using my
23   background, when I looked down at the rim line area,
24   in my expertise, in my background that what I see
25   down in that region is a rim groove related to

---

48

1   over-deflected operation, I will put down there's a
2   rim groove in the tire.  And if what I see is just
3   basically a marking or something that's very shallow
4   and related to normal inflation pressures, I
5   typically won't make any comment about it at all.
6   Q.  Fair enough.  So let's see if we can go
7   on from where we just were.  You talked about --
8   we've talked about the effective temperature and the
9   fact that it is a temperature times duration, some
10   kind of a formula; although, we didn't get into the
11   real detail over what the mathematics might be; is
12   that a fair statement of where we are?
13   A.  Yes.
14   Q.  All right.  Now, if that occurs, if
15   degradation occurs because of temperature and time,
16   then would that affect the mechanical properties of
17   the rubber or adhesive?
18   MR. LEVER:  Objection to form.
19   THE WITNESS:  Yes.  As I mentioned before,
20   if you get enough heat into the tire it will start
21   to change the physical properties of the rubber in a
22   negative way, and also including the adhesion
23   rubber, rubber-to-rubber steel adhesion
24   characteristics.
25   BY MR. WILNER:

---



# ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

49

1    Q. Okay. Now, can you tell whether it's a
2 higher temperature for a short time or a lower but
3 still elevated temperature for a longer time?
4    A. Well, not just -- no, you can't just by
5 looking at the rubber, itself. I can get some
6 insight into it by looking at the rest of the
7 physical evidence on the tire; as an example, the
8 rim line compression grooves gives me some insight
9 there has been some over-deflected operation going
10 on, and that's something that didn't occur overnight
11 because the grooves take awhile for them to develop.
12 So I can get a little bit of insight into how long,
13 but nothing real specific.
14    I can't tell you that this tire has seen
15 10,353 miles over-deflected operation in its life.
16 But I can tell by looking at the physical evidence
17 of the condition of the belt edges and also the rim
18 line compression grooves in the tire, that this
19 tire's had some period of time of chronic
20 over-deflected operation, and definitely in the
21 number of thousands of miles, and maybe even more
22 than that, if any, depending upon the amount of
23 over-deflection that's taking place. It's going to
24 at least take that for the physical evidence I see
25 on this particular tire to development.

50

1    Q. Now, although you have not done physical
2 testing of the mechanical properties of the rubber,
3 do you believe that the tire, as it exists today,
4 the physical properties of the rubber are not what
5 they should be?
6    MR. LEVER: Objection to form.
7    THE WITNESS: I don't think they're in the
8 same condition as what they would be in a new tire
9 at this point, right.
10 BY MR. WILNER:
11    Q. And would that be because of the same
12 thing we've been talking about, the temperature
13 times time?
14    A. That, plus also the stresses and strains
15 that the tires had to undergo at the belt edges.
16    Q. Okay. So can you put a number on any of
17 the mechanical properties of the tire, as it is,
18 without doing the test?
19    A. No, you cannot.
20    MR. LEVER: Objection to form.
21    Q. But do you believe that in part, the
22 degraded mechanical properties were contributory to
23 the separation?
24    MR. LEVER: Objection to form.
25    THE WITNESS: Yes, I do.

51

1 BY MR. WILNER:
2    Q. But I also understand from your report,
3 correct me if I'm wrong, that you don't think that
4 the degraded mechanical properties were alone
5 sufficient for the separation to occur or you do?
6    A. For the failure to occur?
7    Q. For the failure to occur.
8    A. No. There's another event that took
9 place to what I refer to as a weakened tire based
10 upon the over-deflected operation, as you saw in my
11 report, a localized road hazard impact also.
12    Q. So I understand it, you believe both of
13 them were required, as well as we can determine, and
14 I realize all of this is engineering judgment, I
15 appreciate we cannot roll a clock back, but to the
16 best of your -- I'm trying to just understand your
17 position as fairly as I can, so please correct me if
18 I'm wrong, that the weak -- the combination of the
19 weakened condition and the road hazard or the impact
20 that we haven't talked about a lot, but we will, the
21 combination is what caused this failure?
22    A. Yes.
23    Q. Okay. So let's talk just for a minute
24 about this road hazard or whatever. This was, in
25 your opinion, a collision with something?

52

1    A. Yes.
2    Q. Would the operator have been aware of it,
3 would it have been that strong of a collision?
4    A. Most probably, yes.
5    Q. And relating to the real world, I
6 mean, would it have been like running over a stone
7 or a brick or cow or what; I mean, what does it
8 take?
9    A. I would say it would be running over
10 something that when it happened I think most people
11 would go, oh Geez, that wasn't good, I ran over
12 something.
13    Q. All right. Fair enough. So that when
14 that happened did something break inside the tire at
15 that time?
16    A. This particular tire, based on the
17 physical evidence that we have in the tire, there
18 doesn't -- there's no broken steel belt cords, but
19 there is localized area of separation of the
20 (Inaudible) that's triggered off. This would be
21 tearing of the rubber, primarily the belt edges, but
22 also could be between the two steel belts that
23 occurred as the tire tried to envelope or shape over
24 this object that it was trying to conform to as it
25 hit it.



# ESQUIRE

an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

53

1    And I would make the comment that when we
2    talk about over-deflection, we talk about change in
3    the physical properties of the rubber.  We are
4    weakening the rubber in the tire from
5    over-inflection, but you're not changing the
6    physical characteristics of the steel.  The steel is
7    still strong as it ever was in the tire.  So this is
8    a type of an impact that where the steel's going to
9    be able to resist it, it's going to be able to bend
10   and shape and conform to the object without breaking
11   it.  But the rubber being the weakened condition and
12   having less tear strength properties and less
13   elasticity is going to, as it's trying to stretch
14   and bend as it's going over the object, it's
15   literally going to just tear and rip between the
16   steel belts and create a localized area with more
17   separation and then grow from that location.
18       Q.  I've seen two metrics applied to elastic
19   mirrors like rubber, I think one is called a Lambda,
20   there may be a subscript; and one is an M-100,
21   Modulus 100; you're familiar with both of those,
22   right?
23       A.  Generally I am, yes.
24       Q.  So Lambda, as I understand it, is the
25   measure of the amount of expansion or stretch before

54

1    failure, right?
2        A.  Yeah.  And in some respects it's a
3    measure of the elasticity.
4        Q.  So you would expect rubber in good shape
5    to be like four to one?
6        A.  Roughly, yes.
7        Q.  So what's steel?
8        A.  Pardon?
9        Q.  How much will steel stretch before it
10   breaks?
11       A.  Well, I have to go to a textbook for
12   that.  Compared to the rubber, obviously it's not
13   going to stretch as much.
14       Q.  So is it your feeling that the rubber
15   would have to deteriorate to where its elasticity
16   were less than or equal to the steel before the
17   rubber would preferentially fail?
18       A.  No.  Not at all, no.
19       Q.  Then why wouldn't the rubber just stretch
20   up until the point that it needs to until the steel
21   fails, the rubber continues to stretch?
22       A.  Again, it's not that easy.  You can have
23   steel belts in opposing angles with rubber on the
24   top and bottom of them; as an example, along the
25   belt edges, if everything's just kind of pushing

55

1    down at the belt edge, the belt edge is just kind of
2    pushing that rubber down, there's no elongation on
3    the steel cord at all, it's all the rubber that's
4    moving; and again, with that weaken elasticity and
5    tear strength, the rubber's going to tear and the
6    steel belt's just kind of move in the matrix.
7        Q.  So is there -- let's assume -- as I
8    understand your testimony is that under certain
9    circumstances of weakened rubber characteristics or
10   mechanical strength, that it's possible to have an
11   impact, a road hazard impact that will break the
12   rubber bond between the belts without breaking the
13   belts themselves?
14       A.  Yes.  Absolutely.
15       Q.  So now, and I understand your testimony,
16   and I know that you undoubtedly will testify that
17   you have seen that occur in the field.  I wonder,
18   are there any published studies that address this
19   issue?
20       A.  There's many articles that are out there.
21   Let's start with, again, some of the work that STL's
22   done.  Standards Testing Laboratory, again, I'm kind
23   of referring to them, they're an independent testing
24   facility that does a lot of work in a lot of
25   different areas, and they have an impact machine

56

1    that they developed, and I have a picture of it.
2    This is actually what the machine looks like
3    (Indicating).  Your mount area and inflated tire and
4    wheel assembly down here (Indicating), and then
5    there's this long yellow arm here (Indicating), it's
6    actually a pendulum, you actually lift way up in the
7    air, and you can put different amounts of weight on
8    it and then you can change the striker head on the
9    side of it to allow different shapes, whatever you
10   want to evaluate.  And literally it's a free-fall of
11   this (Indicating) arm into the tire and wheel
12   assembly to create pretty much any type of an impact
13   that you can dream up.  And they've done a lot of
14   work over many years with this impact machine and
15   published papers, that I'm aware of, one in 2001,
16   one in 2005, two in 2006.
17       And this one right here (Indicating), just
18   to kind of quickly answer your question, kind of a
19   summary of some of the work that they've done, we
20   get into the specific sentences, but what came to
21   mind right away, here's an example of what tire that
22   they impacted, and when they stripped the tire open
23   they didn't find any broken cords at all, but all
24   the cords were actually just completely loose.
25   Again, you can imagine if you just strike it



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

57

1   straight down and the rubber stretches and the steel
2   cords don't have any elongation on them to break
3   them, they're just bending and flowing with the
4   stretched rubber. And this (Indicating) is a
5   photograph of a whole bunch of cords that were
6   actually just ripped loose, torn loose from the
7   surrounding rubber with no breaks to the steel cords
8   at all. So, you know, that's just another example
9   of exactly what we're talking about here. And then
10  there's other examples in these papers.
11       Q. Well, let's go to the instant tire that
12  brings us here at the epicenter of impact that you
13  believe occurred.
14       A. Uh-huh.
15       Q. What sign is there, along those lines?
16       A. What we have is a -- what we have left of
17  the tire, we are missing a little bit of it, but we
18  do have quite a bit of it, we have a localized area
19  of separation between the two steel belts, and then
20  there's also polishing in there, which means it's
21  been going on for a period of time. And we also
22  have the bottom belt off the carcass. So we have
23  the tire actually separated in a localized area two
24  different levels in the tire. And there's even some
25  bare polyester carcass cords underneath that. And

59

1   standpoint that can account for it.
2        Q. Well, if the mechanical properties of the
3   rubber were different when it was manufactured from
4   that, which we -- which you believe it had when it
5   was manufactured, would that always cause a
6   separation all throughout 360 degrees?
7        A. It's the same rubber all the way around
8   the tire, so you'd have to say, that doesn't make
9   sense because it's the same rubber 180 degrees
10  around the tire, and there's rubber at different
11  layers. You got two different layers of material
12  that this is effecting; you know, how do you mess up
13  the rubber in one location when it's the same as the
14  rubber three feet away, and it's done not only on
15  one component, but it's done on two different
16  components. And they accidentally -- if you can
17  figure out a way to even manufacture a tire that
18  way, which I can't, then when you assemble the tire
19  it just so happened both of those calendar belts
20  ended up in the same location, that doesn't make
21  sense.
22       And then also when you consider -- when
23  you look at the physical evidence on this tire and
24  state of wear, this tire's got -- that is about 75
25  percent worn, which means it probably has an excess

58

1   when I look in that region of the tire to determine,
2   you know, it's obviously consistent with an impact
3   to a weakened tire that stretches and tears rubber
4   and triggers off a separation in a localized area,
5   but when you look in that localized area there's
6   nothing from a manufacturing standpoint that can
7   account for why that's happening in that region.
8   You know, there isn't any other explanation for why
9   this is occurring in a localized area at these
10  different levels inside the tire. So that's the
11  physical evidence that we have on this particular
12  tire.
13       Q. There's nothing from a manufacturing
14  standpoint, like what?
15       A. Oh, like contamination, some gross
16  misplacement of the components in that region, any
17  issue with the amount of rubber gauges or
18  thicknesses of rubber that you can see in that
19  region, there's really nothing. You go through your
20  laundry list of things from a manufacturing
21  standpoint that could go wrong, you know, in a
22  localized area that could cause something to
23  separate in two different layers. And also it
24  happened late in the life of the tire, also add
25  that, there isn't anything from a manufacturing

60

1   of 30,000 miles on it, and up until, I would
2   estimate, the last 500 to 1,000 miles, the tire was
3   performing excellent. So when you think about it
4   from that standpoint, said, well, how do you
5   manufacture a tire for this to happen and it's going
6   to perform excellent for 30-plus thousand miles, and
7   then all of a sudden it's going to come apart at two
8   different layers in one location. It just --
9   there's nothing from a manufacturing standpoint that
10  really has any scientific probability to it.
11       Q. Well, didn't the -- for instance, the
12  Firestone tires, weren't they found to increase the
13  number of failures over time; the older the tires,
14  the greater number of failures?
15       MR. LEVER: Objection to form.
16       THE WITNESS: Well, that holds true with
17  any tire, even with this tire. Yeah, the longer a
18  tire's in service the more opportunity it has to get
19  exposed to things that would take it out of service.
20  So I would say that's a general proposition to make
21  a comment on anybody's tires.
22  BY MR. WILNER:
23       Q. But the question is: Is that the only
24  mechanism? I think it was very clear, or tell me if
25  I'm wrong, that when NHTSA examined, for instance,



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

61

1   the Firestone tires, they believed that the age
2   effect was more than just the question of having
3   more opportunity, but that the tires were actually
4   degrading with age.
5        A.  No.  I disagree with that.  I don't think
6   NHTSA found that.  There was no age issue related to
7   the Firestone tires.
8        Q.  Okay.  Then is there an age issue related
9   to any tires?
10       MR. LEVER:  Objection to form.
11       THE WITNESS:  Not if they're properly
12  maintained and properly taken care of, no.  It's
13  really not the chronological age of the tire at all
14  is what the issue is, it's how the tire's been
15  maintained, how well it's been taken care of, how
16  well it's been stored during any particular amount
17  of time that you're talking about.  That's really
18  what the real issue is.
19  BY MR. WILNER:
20       Q.  I wasn't asking for storage, but let me
21  get to that in a minute.  On the Firestone
22  investigation, the principle that was announced by
23  NHTSA, and I'll ask if you agree, was that the
24  fatigue life of a tire should exceed its tread life
25  by some safety margin for reasonably foreseeable

63

1   tires, you're always considering all the issues
2   related to what a tire gets exposed to and how long
3   it can stand various types of elements, so that's
4   part of the aging process.
5        Q.  And specifically, have you conducted
6   studies under scientific conditions with controls,
7   et cetera, on the effective aging on tires?
8        A.  Age is a pretty broad term, so I would
9   say absolutely, depending on whether you're talking
10  about elevated temperatures for certain periods of
11  times, whether it's ozone, whether it's sunlight,
12  whether it's various chemicals.  I've been exposed
13  to all kinds of controlled evaluations and
14  experiments over my career.
15       Q.  So let's summarize, if we could, the ones
16  that you are familiar with that relate to age and
17  service, as it relates to risk of failure.
18       A.  Okay.
19       Q.  How do we summarize those?  First, where
20  are they kept, written records of it or what?
21       A.  It's 35 years worth of day in, day out
22  designing, developing tires on a normal basis, being
23  exposed to all kinds of evaluations that have taken
24  place.  And having said that, there isn't any one
25  particular summary of anything -- of any specific

62

1   operating conditions; you agree with that?
2        A.  Yeah, I agree with that.  Again, if the
3   tire's been properly maintained, properly taken care
4   of, yes.
5        Q.  Let me hand you a document, see if you
6   can identify it, it's called the Continental Study,
7   the Study Concerning the Aging Behavior in Passenger
8   Car Tires.
9        A.  No, I have never seen any one of these
10  pages in here.
11       Q.  Does the logo on there, which says,
12  Continental, is that a logo you're familiar with?
13       A.  Yes.
14       Q.  Would it be fair to say then that if this
15  were conducted at some meeting that had these
16  presentations were conducted, that you weren't
17  there?
18       MR. LEVER:  Objection to form.
19       THE WITNESS:  Correct.  Yes, I would not
20  have been present.
21  BY MR. WILNER:
22       Q.  Were you ever involved in any studies on
23  tire aging?
24       A.  I would say it's part of the normal
25  development process of designing and developing

64

1   testing.  I would consider the body of knowledge of
2   what's out there, in some respects, is what I can
3   quickly glean out of there, seems pretty well
4   summarized.
5        Even in that paper there talks about the
6   issue about elevated temperatures, excessive ozone,
7   excessive sunlight, talks about make sure you keep
8   tires stored in cool locations because of the issue
9   about getting tires exposed for long periods of
10  time, aging at extreme -- under extreme conditions.
11       Q.  Well, let me just follow up on that.  You
12  said excessive ozone?
13       A.  Uh-huh.
14       Q.  If I have a car that's parked in Florida
15  and the tires are on it, how am I supposed to know
16  whether there's excessive ozone?
17       A.  Examining the tires, looking at the
18  tires, looking at the surface.  There's even a
19  photograph in there that shows some cracking going
20  on in the grooves.  You just look at the physical
21  condition of your tires, is what's really going to
22  determine whether your tires have been excessively
23  exposed to anything.
24       Q.  Excessively exposed.  Okay.  That was
25  talking about the ozone.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

---

**65**

1     A. Ozone, sunlight.
2     Q. Sunlight.
3     A. Excessive heat.
4     Q. Let me see if I understand you. So when
5  you talk about this exposure, you mean from the
6  outside in or from the inside out?
7     A. Well, what you can see on the outside,
8  you obviously can't see inside the tire, but you can
9  make some determination looking at the outside of
10 the tire what the overall condition of the tire is,
11 and whether it's been exposed at any excessive
12 elements.
13    Q. Well, as I understand it there is some
14 value in filling certain kinds of tires, anyway,
15 with nitrogen rather than nitrogen oxygen as in our
16 atmosphere, why is that?
17    A. The main thing that nitrogen does is it's
18 a molecule that is the larger molecule, and it
19 doesn't travel through rubber as fast, and it
20 actually gives you -- directionally and technically
21 it makes sense, directionally there's a slight
22 improvement in the overall air retention of the tire
23 and wheel assembly.
24    Q. You said the nitrogen molecule is larger
25 than what?

---

**66**

1     A. Than just normal air.
2     Q. Well, what is air?
3     A. Mainly oxygen. We're really talking
4  about the oxygen, nitrogen versus the oxygen.
5     Q. What is the atmosphere composed of?
6     A. All kinds of elements.
7     Q. The two principal ones.
8     A. I have to look up what the other one is.
9  I would think all -- I think there's even some
10 nitrogen in the atmosphere. The main issue is
11 oxygen.
12    Q. Well, let me just pin you down here,
13 because this may bear on your testimony here: You
14 believe that the main constituent of the atmosphere
15 of the earth is oxygen?
16    MR. LEVER: Objection to form.
17    THE WITNESS: I haven't looked at that or
18 even thought about it recently. I wouldn't rely
19 upon anything right now until I went back and
20 actually looked at it. Just off the top of my
21 head...
22 BY MR. WILNER:
23    Q. You did offer something about molecules,
24 so I'm going to follow up on that. You said the
25 nitrogen molecule is larger than something else, and

---

**67**

1  I wasn't clear, do you mean larger than the oxygen
2  molecule?
3     A. Well, the basic air in the tire, it's a
4  little bit harder for nitrogen to escape through the
5  structure of the tire.
6     Q. Well, I wanted to pin you down on
7  molecule, 'cause you brought it up. Are you saying
8  that the nitrogen molecule is larger than some other
9  molecule, which I take it to mean the oxygen
10 molecule?
11    A. Well, that's my best recollection of if
12 you get down into the scientific parts of it, it is
13 the nitrogen is basically a larger molecule, as far
14 as what is actually moving through the rubber.
15    Q. I just want to follow up on this. So
16 what is -- how many atoms are in the nitrogen
17 molecule in the air?
18    MR. LEVER: Objection to form.
19    THE WITNESS: Off the top of my head, I'm
20 not going to guess.
21 BY MR. WILNER:
22    Q. You know the atomic weight of nitrogen?
23    A. No. Not off the top of my head.
24    Q. You know the atomic weight of oxygen?
25    A. No. Not off the top of my head I don't.

---

**68**

1     Q. All right. I want to stick by your story
2  that the nitrogen molecule is bigger than the oxygen
3  molecule.
4     MR. LEVER: Objection to form,
5  mischaracterization of his testimony.
6     Q. I just want to pin you down on this
7  molecule thing, or if you want to withdraw it you
8  can withdraw it.
9     A. No, I don't want to withdraw it, but I
10 would say just that that's something off the top of
11 my head I wouldn't be able to remember any of those
12 types of details. I don't think very many people
13 that deal on a day-to-day basis with forensic
14 analysis are going to remember that detail. I've
15 been exposed to it many times in my career, just I
16 wouldn't remember it off the top of my head. But I
17 do know that nitrogen flows through the rubber at a
18 slower rate, primarily because of the size of the
19 molecule.
20    Q. Let me ask you: When you were at
21 Continental, did Continental maintain a scientific
22 library?
23    MR. LEVER: Objection to form.
24    THE WITNESS: Not what I would call
25 scientific library in the way that I understand your

---



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

69

1  question, no.
2  BY MR. WILNER:
3      Q.  Did they require or did they have someone
4  there who was responsible for keeping up with
5  scientific publications that were pertinent to their
6  product?
7      A.  Not one person.  I think many, many
8  people were kept up to date on issues related to the
9  science involved with tires.
10     Q.  Let me ask you -- we'll mark all these at
11 the end rather than have to go through all this
12 stuff about marking every one.  So I'm just going to
13 go through quickly.  Are you familiar with this
14 paper called Absorption of Oxygen by Rubber?
15     A.  1929.
16     Q.  Yes.
17     A.  This is so old I may or may not have ever
18 been exposed to it.  Doesn't really ring a bell.
19     Q.  Well, what is your general understanding
20 of the effect of thermo-oxidative aging on rubber?
21     A.  As we talked about before, if you
22 introduce enough heat into rubber that it will break
23 down the physical characteristics of rubber and
24 start to change some of the physical properties in
25 the rubber as a basic overview.

70

1      Q.  Enough heat, is that what you said?
2      A.  Yes.
3      Q.  And enough heat, meaning how much heat?
4      A.  You can't answer that question.  As I
5  said, you can put a lot of heat into a tire, into a
6  rubber and for short period of time won't do
7  anything to change it.  So there's all kinds of what
8  I refer to as lines of various temperatures and
9  various lengths of that time.  And then also you have to
10 consider what area the tire it is, how thick the
11 rubber is and things of that nature.  There's a
12 whole host of different things you have to take into
13 consideration when you're trying to answer that type
14 of a question.  There isn't any one specific answer
15 to it.
16     Q.  Okay.  I did an old stack of papers the
17 other day and the rubber band that was holding them
18 just came apart, just didn't have no strength at
19 all; have you ever observed anything like that?
20     A.  Oh, yeah.  I actually use that as an
21 example in trials to help jurors understand the
22 exact concept that we're referring to.
23     Q.  Which concept is that?
24     A.  That rubber will change its physical
25 properties if it gets exposed to different types of

71

1  environmental situations, excessively it will start
2  to change, the physical properties will start to
3  change the tear strength.  Rubber bands primary
4  example, rubber bands start to break down
5  sufficiently enough, you go and start to take it off
6  it will snap and break where a new rubber band
7  won't.  That's really what we're talking about when
8  we're talking about the rubber, is changing its
9  physical characteristics of elasticity and tear
10 strength in the rubber.
11     Q.  You said in response to certain excessive
12 conditions?
13     A.  Yes.
14     Q.  Words to that effect?
15     A.  Uh-huh.
16     Q.  So your testimony -- let me pin you down
17 on this.  Your testimony is that rubber bands, let's
18 just take that as a common, every day example, will
19 not degrade unless they're exposed to something
20 excessive?
21     A.  No.  Then you add in the rest of the
22 conversation is that rubber bands are manufactured
23 extremely inexpensively.  There isn't any real
24 design of that rubber to withstand very much.  The
25 rubber involved with tires is designed to withstand

72

1  a lot of different types of service conditions; heat
2  and sunlight, and there's a lot of protective
3  agents.  It's a lot more expensive rubber than a
4  rubber band.  So it does have the ability to
5  withstand an awful lot for a long, long, long time,
6  as long as it's not excessive.
7      But the issue, it's the same issue when
8  you start to get to the extremes, when you start to
9  get too much heat into a tire for too long a period
10 of time, then you're going to get some breakdown
11 going on, even in a tire.  You can't totally make
12 the tire so it will never deteriorate under any
13 condition.
14     Q.  Okay --
15     A.  But as long as it's properly maintained
16 and properly taken care of, tires are never going to
17 end up like a rubber band.  Rubber band doesn't have
18 the ingredients and the other types of materials in
19 it like tire rubber does.
20     Q.  So you say that a rubber band will
21 deteriorate with age, even if it's kept away from
22 extreme conditions, correct, or you don't think so?
23     A.  No, I do in a simplistic form, because it
24 doesn't have any real aging --
25     Q.  I understand.



# ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

73

1      A.   Properties.  Can you store it in some
2  condition that would probably age extremely slowly,
3  yeah, sure, you probably could, but the fact is
4  rubber bands aren't actually designed to be
5  extremely expensive, so it doesn't take much for
6  them to change their physical properties.
7      Q.   And a tire in normal operation, based on
8  your paper, as I remember, normally deflected
9  operation, can be operating at 160-degrees
10  Fahrenheit?
11      A.   Oh, yeah, sure.
12      Q.   Even hotter, right?
13      A.   Yes.
14      Q.   And in addition, it's exposed to high
15  pressure oxygen, oxygen at high partial pressure, at
16  least the inside of it is, right?
17      A.   Yes.
18      Q.   Okay.  So are you familiar with -- did
19  you say you were or were not familiar with this
20  historical piece on absorption of oxygen?
21      A.   I don't remember one way or the other.
22      Q.   Are you familiar with the Aging of Tire
23  Parts During Service, Aging of Belt Skin Rubbers in
24  Passenger Tires?
25      A.   Yeah, I am familiar with this paper.  And

74

1  also, at least, one other gentleman that authored
2  it.
3      Q.   One other gentleman that authored it?
4      A.   Uh-huh.
5      Q.   How did you become familiar with this
6  paper?
7      A.   Oh, just through the normal design
8  development of tires, was aware this is one of the
9  papers that are out there, and occasionally some
10  aspects of it have been discussed at various times,
11  years ago.
12      Q.   In Continental?
13      A.   Yes.
14      Q.   And did you have reason to object to or
15  question the research that was done in connection
16  with that paper?
17      A.   Object to it, no.  I wouldn't object to
18  it, it's just one piece of technical information
19  that goes into the overall body of knowledge that I
20  have.  There's nothing really to object to it
21  though.
22      Q.   Well.  Okay.  Did you agree with the
23  conclusions?
24      A.   I'm not sure I agreed with every single
25  conclusion.  It's been awhile since I looked at it.

75

1  I'll be glad to look at it for you.
2      Q.   Well, they state the conclusion pretty
3  succinctly here on Page 711, and I can read them or
4  you can read them yourself, talks about M-100 and
5  landis subzero as mechanical properties, I believe
6  it says they change with age.
7      A.   That's what it says.  And it says -- it
8  talks about age resistance and, you know, changing
9  of characteristics with aging under some specific
10  types of conditions.
11      Q.   Well, I think what they've tried to do
12  was simulate the aging effect by putting sheets of
13  rubber in an oven and seeing if they could
14  accelerate the aging so they could come up with a
15  valid test rather than waiting for ten years, which
16  would be hard on the research; does that strike a
17  bell?
18      A.   I would say that's one of the typical
19  types of evaluations that goes on every day with
20  tires and rubbers in laboratories is, yeah, using
21  ovens to heat -- what we refer to as heat-age
22  rubber, under whatever amount of heat, under
23  whatever amount of time you want to look at it, and
24  then see what happens to the physical properties of
25  the rubber.

76

1      And the reason they were putting the
2  sheets in there is to see if they could simulate the
3  effective duration or age alone without having to
4  wait as many years as they would otherwise have to
5  wait.
6      MR. LEVER:  Objection to form.
7      Q.   Isn't that the point?
8      A.   I think we're saying the same thing.
9      Q.   That's fine.  So did Continental do tests
10  just like this?
11      A.   Thousands and thousands and thousands and
12  thousands and thousands.
13      Q.   Did they come out just like these?
14      A.   Well, they did them under not just these
15  conditions, many, many, many different types of
16  conditions, and are doing these type of evaluations.
17  I give you, again, the summary that you showed
18  before is kind of a good overall summary of what
19  their body of knowledge is based upon years and
20  years and years and years of looking at it.
21      Q.   So would you say that in 1994, the
22  subject as discussed in this 1989 paper, would not
23  have been a surprise to Continental?
24      A.   It would not have been, no.
25      Q.   And Continental was fully apprised of the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

77

1    scientific aspects of tire aging as of 1994?
2        MR. LEVER:  Objection to form.  Before you
3    answer I apologize, I just want to object.  I feel
4    like we're getting into kind of a corporate rep
5    depo; whereas, he's our retained independent tire
6    expert.  I just want to place my objection on the
7    record.
8        Q.   You can answer.
9        A.   Yeah, I would say that, yeah, even in
10   1994, even in 1990, 1980 there was a tremendous
11   knowledge and understanding in designing tires to be
12   able to resist the environmental and the different
13   types of conditions that tires can get exposed to,
14   as well as you possibly can, recognizing you can't
15   totally make a tire or rubber indestructible.
16       Q.   Did there come a time when Continental
17   issued a recommendation that tires older than a
18   certain number of years not be continued in service?
19       A.   Yes, there's a recommendation.  I
20   actually brought it with me.
21       Q.   Okay.
22       A.   There is a recommendation to remove tires
23   at ten years of service, and the date is 2006, I
24   think.
25       Q.   February 13, 2006?

78

1        A.   You're right.
2        Q.   Were you at Continental when the subject
3    of this memorandum of February 13th was discussed?
4        A.   Well, I was retired at this point, but I
5    was definitely with Continental leading up to the
6    end of 2005 when this was being actually put
7    together.
8        Q.   And were you consulted about this
9    bulletin or the science behind it during the time
10   you were there or even after?
11       A.   I was involved with actually even some of
12   the wording involved in this.
13       Q.   Okay.  And so since you talked about
14   earlier that there was a knowledge at Continental of
15   the science that was extensive as of 1994, was
16   there -- what new information, if any, came to
17   Continental that preceded this publication?
18       A.   Nothing.  There's nothing anything new.
19   There's no technical basis for this recommendation
20   at all.  Nothing new.
21       Q.   So why did Continental put it out, if you
22   know?
23       A.   And it states pretty clearly in here that
24   there isn't any magic number of years, any age which
25   a tire's good for.  The discussion is that the older

79

1    a tire gets, the more opportunity it has to get
2    subjected to things that need to get it taken out of
3    service.  And it got to a point where we thought,
4    well, ten years is pretty easy for everyone to
5    remember.  It just was a way to give all of us as
6    consumers just one more thing to think about in
7    maintaining road tires that, hey, if you've got a
8    tire that is getting up there in years and you don't
9    know what the history of it is, specifically more
10   than anything you don't know what it's been exposed
11   to, how it's been taken care of, how it's been
12   stored, very similar to what we have in this
13   particular litigation here, I might add that it's
14   just one more thing to think about; I don't know how
15   this tire's been exposed, I have a tire getting up
16   there in age, I don't know what it's been involved
17   in, maybe it's a good thing to take it out of
18   service.  So that's really the basis behind it.
19       It has absolutely nothing to do with the
20   fact it's ten years old, all of a sudden the tire's
21   no longer durable, no longer good, not at all.
22   Tire's properly taken care of, doesn't matter.  Some
23   tires need to come out of service in three years
24   because of the way they've been maintained and taken
25   care of.  Other tires can last 20 years if they're

80

1    properly taken care of and properly maintained.
2        Q.   Well, let me ask a few follow-up
3    questions to that.  I think the language in this
4    recommendation states, if I read it correctly,
5    Continental recommends that all tires, including
6    spare tires, that were manufactured more than ten
7    years previous, be removed from service and replaced
8    with new tires, even when tires appear to be usable
9    from there external appearance, and if tread depth
10   may not have reached the minimum wear-out depth.
11   Did you approve that language?
12       A.   Yes, I did.
13       Q.   Now --
14       A.   It makes perfect sense when you think
15   about it.  There's no reason to have any exceptions
16   because, again, you don't know really what a tire's
17   been exposed to or what it looks like.  You have a
18   recommendation, you want to cover all tires.
19       Q.   And when you were asked about this, was
20   it your feeling that consumers should have the
21   information available to them to make a decision --
22   I'm sorry.  Have the recommendation available to
23   them to make an informed decision about the safety
24   of their tires?
25       MR. LEVER:  Objection to form.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

81

1    THE WITNESS: Actually, no. From a
2    technical standpoint the answer's no. This is by
3    far of the list of things of consideration of making
4    decisions on taking tires out of service, from a
5    technical standpoint this is about as far down the
6    totum pole you can get. It's just one more way to
7    disseminate and get information out about properly
8    maintaining tires and making sure you're taking care
9    of your tires. Starts out right at the very first
10   paragraph in this particular bulletin.
11   BY MR. WILNER:
12       Q.  Well, the tire service life
13   recommendation does not, to me, say anything about
14   maintaining the tires, it says that they should be
15   removed from service after ten years regardless of
16   their external appearance, even if they're spare
17   tires; doesn't it?
18       A.  That's correct, yeah.
19       Q.  How would you maintain a spare tire, good
20   or bad?
21       A.  Rotating into service, not just using
22   it -- not having it for long periods of time as a
23   spare tire.
24       Q.  Why not?
25       A.  Because it's not a proper, long-term

82

1    storage of tires, gets exposed to a lot of elements,
2    including high heat.
3        Q.  So a spare tire is not being properly
4    maintained because it is in the trunk of the car?
5        A.  Well, that's not the only way that spare
6    tires get held  Actually, in the trunk of a car is
7    not a bad situation.  A lot of spare tires are
8    hanging on the backs of vehicles in direct sunlight,
9    a lot of them are actually underneath vehicles close
10   to exhaust systems.  There's a lot of different ways
11   spare tires are actually, you know, held or affixed
12   to a vehicle.
13       Q.  Okay.  So can you tell by looking at the
14   spare that it's been, you know, not maintained
15   properly?
16       A.  Typically you can, yes.  If you get to
17   real excessive conditions with a spare tire you'll
18   start to see some cracking in the tread grooves and
19   on the sidewall of the tire.
20       Q.  But this recommendation says, even when
21   tires appear to be usable from their external
22   appearance, right?
23       A.  Right. Absolutely.
24       Q.  Do you, as an expert, agree with this as
25   a recommendation to consumers or disagree with it?

83

1        A.  I agree with it from the standpoint that
2    it gives us all as consumers one more thing to think
3    about in properly maintaining your tires.  And once
4    a tire gets to be up in age then there isn't any
5    magical ten years at all, as I said before, but once
6    a tire gets up in age it's just -- no one wants
7    to -- if you're the type of consumer you just don't
8    want to bother with the condition of your tire or
9    having it inspected or anything, it's real easy just
10   take it out of service after ten years would be a
11   good recommendation.
12       Q.  Well, even if it's inspected, as I
13   understand it, it says that you can't determine it,
14   even when tires appear to be usable; so wouldn't
15   matter if you had it inspected, right?
16       A.  A lot of them you would.  But this means
17   that there may be situations out there where
18   depending upon what the tire's been exposed to, how
19   it's been stored, that this is to cover everything,
20   and to cover everything you cover everything.  You
21   have to cover every possible scenario, you just make
22   a blanket recommendation, take the tire out after
23   ten years.
24       Q.  All right.  If, in fact, there was no
25   further study between 1994 or even 1989 and 2006,

84

1    that led to this recommendation, did you tell
2    Continental when you worked there in 1989 that they
3    should make this recommendation?
4        A.  I'm sorry.  1989?
5        Q.  Yeah.  I mean, you said -- I'm just
6    picking a date that there was, you know, a full
7    technical understanding of this issue, as you
8    alluded to before.  Did you recommend to Continental
9    that they make a recommendation like this to their
10   consumers?
11       A.  No.  The emphasis all along, as it should
12   be, is really on what it is to properly have
13   consumers, all of us as consumers, do the very best
14   job we can of just maintaining our tires.  And if
15   you do even a half-way respectable job, as most of
16   us as consumers do, of maintaining your tires,
17   you're not going to see any problem at all.  But the
18   important issue is tires need to be maintained.  And
19   that's really what the crux of what the approach has
20   been for years and years and years, on how to get
21   tires to perform satisfactory for al of us.
22       Q.  So why was this recommendation done?  Let
23   me ask you this:  Was this a change from
24   Continental's policy regarding time and service; was
25   there a change between 2006 and 1994?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

85

1    MR. LEVER:  Objection to form.
2    THE WITNESS:  No.  Absolutely not.  It
3    says right on the second page, Continental is
4    unaware of any technical data that supports a
5    specific tire age for removal from service.  As with
6    other members of the tire and automotive industry,
7    Continental recommends that all tires more than ten
8    years old be removed from service.  The only thought
9    that came out of all of this is it just gives all of
10   us as consumers one more thing to think about in
11   maintaining our tires.
12   BY MR. WILNER:
13       Q.   Well, why wasn't then this recommendation
14   made in 1994?
15       MR. LEVER:  Objection to form.
16       THE WITNESS:  I think -- well, I don't
17   know for sure, but other than I think there's always
18   been a concern about the tire industry trying to
19   sell more tires.  You know, it's easy if we really
20   wanted to sell more tires I would make a
21   recommendation of five years and get them all out of
22   service.  Let's just make everyone think there's
23   some issue out there and remove tires and buy new
24   tires.  But really, since it's not a real issue with
25   tires, it's never been a consideration, and this

86

1    bulletin just kind of reemphasizes that.
2    BY MR. WILNER:
3        Q.   Well, sorry.  Let me see if I can focus
4    on that one question.  Why, if there was no change
5    in the knowledge base, then why wasn't this -- and
6    the recommendation was correct in 2006, why wasn't
7    it made in 1994?
8        MR. LEVER:  Objection to form.
9        THE WITNESS:  There wasn't any
10   consideration at all that there was even any thought
11   about doing it back in that time frame.
12   BY MR. WILNER:
13       Q.   What changed?
14       A.   Nothing changed.  Nothing changed.
15       Q.   But it was done in 2006, why?
16       A.   It was just done as a thought to give us
17   all as consumers one more way to get tires out of
18   service.
19       Q.   Okay.  So how does the consumer know
20   whether his tires or her tires are ten years old or
21   not?
22       A.   There's a DOT number on the sidewall of
23   the tire, that part of the DOT is the -- there's a
24   date code involved with it.
25       Q.   It's a code?

87

1        A.   It's a pretty easy code to decipher.
2    There is a code, yes.
3        Q.   Pretty easy for who?
4        A.   For anybody that is interested in what
5    the age of their tire is, when it was actually
6    manufactured.  Wouldn't take very long for someone
7    to find out.
8        Q.   How would one know that the age was coded
9    on the tire?
10       A.   Well, pretty much any piece of
11   maintenance literature discusses what the DOT code
12   can tell you.
13       Q.   What do you mean, maintenance literature?
14       A.   Care and service manuals.
15       Q.   Of what?
16       A.   For tires.  That I have here.  Wouldn't
17   take you very long on your computer to go on the
18   internet.  I'm sure you can find a number of places.
19       Q.   Find what?
20       A.   Find out how to determine what the age is
21   of your tires, how to determine by looking at the
22   sidewall of your tire what the age is of your tire.
23       Q.   Well, how would a consumer know that that
24   information was even there; I mean, before they
25   knew -- before they went out to try to figure out

88

1    the code, wouldn't they have to know that the code
2    did contain this information in some way?
3        A.   No.  The first thought has to come is,
4    you know, I bought a new tire here, I don't know
5    what the history is, maybe I ought to take it some
6    place and have somebody look at the tire.  That's
7    the first thing, just go to a tire dealer.  A tire
8    dealer be your first step.  Or look in the phone
9    back, call a tire company.  Go on the internet, look
10   up -- wouldn't take us very far even walking from
11   here, we can go and find some place that has tire
12   literature laying around that would help us
13   understood, oh yeah, there is something on the
14   sidewall of the tire, I didn't realize that, I know
15   how to do that now.
16       Q.   How is the sidewall information put into
17   the tire, a little plate inside the mold?
18       A.   Depends.  Sometimes it's the plate,
19   sometimes it's part -- it's engraved in the mold,
20   sometimes it's a plug, sometimes it's a serial tin,
21   depends upon the tire and the tire manufacturer.
22       Q.   Okay.  And has any tire manufacturer put
23   the date in a date recognizable way, like this tire
24   was made on and give actually the date or the month
25   and the year?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

89

1    A.  No.  I never seen that.
2    Q.  Would that be illegal to do that?
3        MR. LEVER:  Objection to form.
4        THE WITNESS:  When you want a second date
5    on there?
6    BY MR. WILNER:
7    Q.  Yes.
8    A.  It's not illegal to do it.  It's on there
9    once, and it's easy to decipher.  So I don't know
10   what -- I have no problem if you want to put a
11   second date on there if you think it's going to make
12   a difference to someone, as you said before, who
13   didn't know whether or not how to determine what
14   their age of the tires were.  It's the same thing,
15   you got to talk to somebody, you got look at your
16   sidewall, you have to take some initiative all of us
17   as consumers, if we're interested in what the age is
18   of our tire.  And I'm just telling you even with
19   what's there now, any one of us could go -- even our
20   court reporter who's not an engineer, if she's
21   interested in what the age is of her tire is, it
22   would not take her very long to find out.
23   Q.  I wondered, have you done any
24   consumer-oriented research to determine whether --
25   are you aware of any studies that have been done to

90

1    inquire of the general public whether they have the
2    faintest idea about this DOT code?
3        MR. LEVER:  Objection to form.
4        THE WITNESS:  There's been studies over
5    the years, and I have talked to many people in many
6    groups myself, and it's never seemed to be an issue.
7    BY MR. WILNER:
8    Q.  What do you mean it's never seemed to be
9    an issue?
10   A.  People understand there's a serial number
11   on the tire and --
12   Q.  People understand --
13   A.  Yeah.  And most people that I talk to do
14   recognize if they wanted to find out how old their
15   tire was there would be ways they can go about to do
16   it.
17   Q.  All right.  First let's see if we can do
18   science, and then we'll do anecdotes  My first
19   question is:  Are you aware of any scientific
20   studies, poling, consumer questionnaires that have
21   addressed the issue of whether consumers understand
22   the DOT code?
23   A.  Nothing I can direct you to that's
24   recent, no.
25   Q.  Okay.  Are you an expert in the area of

91

1    consumer perception, specifically consumer
2    perception of this issue?
3        MR. LEVER:  Objection to form.
4        THE WITNESS:  I'm not a human factor's
5    expert, but I'm an expert in tires, warnings on
6    tires, maintenance information on tires, and have
7    seen firsthand, in my experience, how well they have
8    influenced all of us as consumers.  So from that
9    standpoint I do consider myself to be an expert.
10   BY MR. WILNER:
11   Q.  You've seen over the years how well they
12   influenced all of us as consumers; is that what you
13   said?
14   A.  You're right, yes.
15   Q.  What does that mean?
16   A.  That means that there's roughly
17   850-million tires running around the United States
18   at any one time.  And that with the maintenance
19   information that's out there and the approach of the
20   knowledge that all of us have with their tires, that
21   tires perform pretty darn good and are maintained
22   pretty decently overall by consumers, and it isn't
23   just because it's willy-nilly, it's because than
24   people recognize and understand, have been exposed
25   to enough maintenance information over their

92

1    consumer life that they understand the importance of
2    doing some maintenance on their tires.  As a result,
3    tires do perform.
4    Q.  Well, I guess my question wasn't very
5    good.  I was not talking about the maintenance
6    information, I'm talking about the recommendation
7    that says, that tires should be removed from service
8    after ten years by Continental.  Have you ever done
9    any studies to see how many people know that?
10   A.  To know that specifically, I really
11   haven't, no.
12   Q.  Okay.
13   A.  I do know talking to people most people
14   recognize that the older a tire gets the more it's
15   been -- chance it's been subjected to the things
16   that maybe it shouldn't be in service as a result of
17   it.
18   Q.  Would you give me the DOT code for this
19   tire, complete?
20   A.  You have it in your report, I think.  It
21   is ADP695P394.
22   Q.  So what does the AD or ADP mean?
23   A.  The first two letters, the AD is plant
24   code, it's a description if you're interested where
25   the plant was that manufactured the tire, you can



Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

93

1  determine it was made in Mayfield, Kentucky. AD
2  stands for Mayfield, Kentucky manufactured tire.
3      Q.  All right.  And how would anyone know
4  that?
5      A.  There's websites you can go to.  You can
6  call a tire manufacturer, they can tell you if
7  you're interested in where it's made, I got a tire
8  made in AD, where's it manufactured.  So just a
9  little bit of --
10     Q.  How would you know that the first two
11 digits were a plant code?
12     A.  Well, you wouldn't have to.  First of
13 all, all you have to do is call a tire company and
14 say, hey, I'm interested where my tire's
15 manufactured.  They'll say, give me your DOT -- give
16 me the first two digits off your DOT.  Oh, it's AD.
17 Okay.  They'll tell you it's made in Mayfield,
18 Kentucky.
19     Q.  You were about ready to find something.
20     A.  Yeah.  I was going to say somewhere in
21 here I got care and service manual that kind of
22 describes that.  There's many other documents.  I
23 know I have at least one here that talks about it.
24     Q.  We can take a little bit of time, you can
25 find it if you like, 'cause I'll ask you some

94

1  questions about it, and at the same time we can take
2  a short break so you can look at that while we take
3  a break.
4          (A recess transpired.)
5  BY MR. WILNER:
6      Q.  What have you got there?
7      A.  I went through all my materials, got a
8  numbers of things to talk about that describes the
9  DOT.  Here's the first one, which is a Passenger
10 Light Truck Tire Conditions manual, describes the
11 DOT.  I have, including what the plant code is, I
12 have a Care and Service Automobile Light Truck Tires
13 manual that describes the DOT.
14     Q.  Okay.
15     A.  I have a Tire Maintenance brochure
16 published by NHTSA that describes the DOT --
17     Q.  Okay.
18     A.  Which is starting on Page 10.  That's a
19 NHTSA document.
20     Q.  Okay.
21     A.  There's a brochure called Tire Care and
22 Safety Guide, Things You Should Know About Auto and
23 Light Truck Tire Care and Safety, that shows where
24 the DOT is and describes it also.
25     Q.  Okay.  So let me just go through this

95

1  real quick with you on decoding this, and then we'll
2  take a break.  So the first two are the plant codes,
3  right?
4      A.  Yes.
5      Q.  And then what comes after that?
6      A.  The next two digits are what's referred
7  to as the size code.
8      Q.  Size.  P6 is a size?
9      A.  P6 is a size code.  If all you had was
10 the serial number and we didn't know what size tire
11 we were dealing with, you could look up that P6 in
12 literature and it would tell you that we're dealing
13 with the specific size -- flotation size tire that
14 we have here.
15     Q.  Now, is that something the manufacturer
16 assigns, this P6, or is that across all
17 manufacturers?
18     A.  Wouldn't matter whose tire it is, if it's
19 a 33x12.50 R15/LT tire, the third and fourth digits
20 in the DOT serial number are going to say P6.
21     Q.  So if it were a slightly different size
22 it wouldn't be a P6 anymore?
23     A.  If it were a different size it would have
24 a different size code.
25     Q.  So there must be a whole lot of size

96

1  codes?
2      A.  Oh, yeah, there are.
3      Q.  Where are they listed?
4      A.  They're kept by RMA and NHTSA has them,
5  and then you can find them on the internet also.
6      Q.  On the internet?
7      A.  Yeah.
8      Q.  What would I put in?
9      A.  I don't know, probably have to Google it
10 and search for it a little bit.
11     Q.  All right.  I got Google, what should I
12 Google?
13     A.  Put down tire size codes, see what you
14 get.
15     Q.  While we're waiting, what does 95P mean?
16     A.  95P is the -- NHTSA gives to every tire
17 company kind of to use at their discretion, you can
18 use it for any identification you want.
19 Historically at Continental Tire there would be a
20 listing that would describe this is a Vagabond-brand
21 tire.
22     Q.  Where would that be kept?
23     A.  That's kept by each tire company
24 themselves.  Continental would have that
25 information.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

97

1    Q.   I mean, where would the consumer know
2  what 95P meant?
3    A.   They wouldn't.   They would have to make
4  some effort to -- if they were interested what 95P
5  was, they would contact someone and figure out what
6  it was.
7    Q.   Now, as I understand, when this is on the
8  tire there's no separations between these groups; in
9  other words, somebody could think P69 instead of P6,
10 and then 95P, right; so I mean, there isn't any dash
11 or space or anything like that, right?
12   A.   Then you go to like the very first
13 document that I showed you, really kind of described
14 it real well what each area is on the tire.
15   Q.   If you have that document.   Okay.   Then
16 the next is?
17   A.   And the last three or four digits are the
18 date code.
19   Q.   Three --
20   A.   Three or four digits is the date code.
21   Q.   The date code?
22   A.   Yeah.
23   Q.   Okay.   Which means what?  This one is
24 394?
25   A.   Yes.

98

1    Q.   And what does that mean?
2    A.   The tire is manufactured the 39th week of
3  1994.
4    Q.   Well, how do we know it's 1994, couldn't
5  it be 1984?
6    A.   If the tire was manufactured, there's a
7  chance the tire was manufactured back at that time
8  period, yes, sure, it actually could be an '84 tire.
9    Q.   Well, --
10   A.   The likelihood is not very good.  Every
11 once in a while I run into a tire made in the '80s.
12   Q.   You can't tell from that whether it's the
13 '90s or '80s?
14   A.   You can pretty much determine that it's a
15 tire made in the '90s.  If you think you've got a
16 tire older than that, the tire company could give
17 you some insight to that if you were really
18 interested.
19   Q.   Could it be the '70s?
20   A.   Sure.  Could it be, likelihood no, but if
21 that's all you had was a DOT number you wouldn't be
22 able to determine -- back in that time frame there
23 was a -- you know, most tires were kind of worn out
24 and taken out of vehicles within four, five years,
25 and the issue with tires being left in service is

99

1  not quite as great as it is today.
2    Q.   And you said, if that's all you had;
3  well, what else is there?  If that's all you had you
4  couldn't tell, but what else is there?
5    A.   A telephone.  Pick up the telephone, look
6  up the phone number, call a tire manufacturer that
7  can help you determine the age of your tire.  If you
8  had a vintage car or something, had old tires on it
9  and you're just curious; I'm curious, I bought this
10 vintage car, it's got these old tires, it's cool
11 looking, I'm interested in how old the tires are,
12 you could call a tire company, they would be glad to
13 help you if you really need to know.
14   Q.   And the tire company would know whether
15 that's an '84 o '74?
16   A.   No.  They know by the brand of tire.  And
17 then you get into the rest of the information.
18 They'll know, as an example, this Vagabond tire was
19 not made in the '80s, was not made in the '70s, so
20 there's zero chance of this particular tire it goes
21 back that far.  This was a tire manufactured in the
22 '90s.  So that four represents a tire manufacturer
23 in 1994.
24   Q.   And if it's a 2004, what would it look
25 like?

100

1    A.   Starting in 2000, which is nine years
2  now, so it's been in existence for a long time now,
3  the date codes actually kind of taken into
4  consideration a little bit more what you were just
5  asking.  Now there's a four digit date code.  As an
6  example, if you had a date code like the last four
7  digits being 2106, real clear, 21st week of 2006.
8  If you had a date code of 2116, very clear, 21st
9  week of 2016.  So it becomes much clearer starting
10 the year 2000.
11   Q.   Much clearer than it was?
12   A.   It was pretty clear before, now it's
13 really clear.
14   Q.   Now, this code here, 95P.
15   A.   Uh-huh
16   Q.   Is there always an alphabetic character
17 in the fourth digit from the right-hand side?
18   A.   No.
19   Q.   Sometimes that could be a number?
20   A.   Yes.
21   Q.   Well, if that were a number, how would
22 you know that you didn't have a three-digit
23 discretionary code and a four-digit date code?
24   A.   You would know by the number of digits in
25 the whole DOT, working from the left to the right.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

Joseph L. Grant                                                    August 6, 2009

---

### 101

1    There's going to be two plant, two related to the
2    size code and three related to the type code.
3        Q.  Here it is.  So this paper you gave me,
4    Tire, Everything Rides On It Safety -- or Tire
5    Safety, Everything Rides On It, says that the DOT
6    code, says the last four numbers represent the week
7    and year the tire was built; for example, the
8    numbers 3197 means the 31st week of 1997.  The other
9    numbers are marketing codes.  That's not right; is
10   it?
11       A.  I don't think you're reading it right.  I
12   apologize.  I think there's more to it than what you
13   read.
14       Q.  Before you catch me, let me make sure I'm
15   wrong.  I am wrong once in a while.
16       A.  Me too.
17       Q.  The last four numbers represent the week
18   and year; for example, 3197, and that's not what you
19   said; how is that possible?  That's not right, is
20   it?
21       A.  No --
22       Q.  You mean that publication's wrong?  They
23   didn't even get it right?
24       A.  No, it's right.  It is right.  It is
25   right.  This example that they're giving is for

---

### 103

1        Q.  But the last four digits wouldn't do it
2    if it were before 1997.
3        A.  It's fine.
4        Q.  Let me see that again, please.
5        A.  It's fine.
6        Q.  Wait just a minute here.  For example,
7    the numbers 3197 means the 31st week of 1997.  That
8    could not be if it were -- the correct way, as
9    you've told me, and correct me if I'm wrong, because
10   I want to stay with this a little while, that the
11   only way you could -- the way that you have told me
12   the DOT code would encode the 31st week of 1997,
13   would be 317, in three digits?
14       A.  That's right.  That's what it's showing.
15   It's showing that the last three digits represent
16   1997.
17       Q.  Well, what are those last three digits of
18   those four right by my hand?  197.  Those are the
19   last three digits.
20       A.  31st week of 2007.
21       Q.  Doesn't say 2007, it says 1997.  That's
22   the wrong way to interpret that; isn't it?
23       A.  I would agree with you.
24       Q.  Okay.
25       A.  I would agree with you.

---

### 102

1    tires that have three digit codes.  If you have
2    3197, first of all, 97, you know it's not 2097.
3    Now, the four-digit code is for tires manufactured
4    in 2000 and beyond.  You look at this and you would
5    represent that as being the 31st week of '97.
6        Q.  Well, wait.  Their example is for a
7    pre-2000 tire.  They said, four digits, 3197, means
8    31, 1997.
9        A.  Yes.  That's exactly right.  They're
10   right.  That's what it means.
11       Q.  You just told me it's only three digits,
12   not four digits.
13       A.  They're showing you -- they're giving you
14   your example, if the number before that in the time
15   code was a letter, can you still read it, sure you
16   can still read it.  You wouldn't read that 31st week
17   of -- you wouldn't read that as the 31st week of
18   1997, that's not how the date codes worked back in
19   that time frame, and you wouldn't consider it a
20   four-digit date code because it then would represent
21   the 31st week of 2097.  We're not in the year 2097.
22       Q.  Why does it say the last four numbers
23   represent the week and year, and give the example
24   1997?
25       A.  They're covering both examples in one.

---

### 104

1        Q.  So they got it wrong.  Who are they, who
2    are these people?
3        A.  This is actually NHTSA.
4        Q.  NHTSA got it wrong?
5        A.  NHTSA got it wrong, yeah, their sales and
6    publishing people.
7        Q.  So everybody knows, but NHTSA got it
8    wrong?
9        A.  On this one example.
10       MR. WILNER:  Nothing further.  Let's take
11   a break guys.
12       (A luncheon recess transpired.)
13   BY MR. WILNER:
14       Q.  Did you figure out the document we just
15   looked at was DOT HS 809361 that has a mistake in it
16   about the DOT codes.  Did you find out anything more
17   about that while we took our lunch break?
18       A.  No, I didn't.  I thought about it a
19   little bit more, any way you look at it, that's when
20   I looked at, it's a '97 tire.  You don't
21   misinterpret that.  They misinterpreted the week on
22   it.  It's a bad example, but it's still -- they got
23   the year right, and I think that's the important
24   issue.  Overall it's still conveying the right
25   information.

---



Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

105

1    Q.   All right.  So we go back into that.  Now
2    you say it's right and not wrong?
3    A.   The year's right.
4    Q.   Well -- all right.  You say the year's
5    right.  Isn't it true that if a tire were made in
6    the 31st week of 1997 that it would not have a
7    four-digit date code?
8    A.   If it's actually made in '97 it would be
9    a three digit.  You'd look at the three digits, you
10   wouldn't consider the fourth digit.  And it would be
11   '97
12   Q.   Doesn't this use an example of four
13   digits in 1997?
14   A.   It's using the example -- I totally agree
15   it's wrong, but they did get the year right, which
16   means they're still pretty close.
17   Q.   Well, as a matter of fact, if one did
18   not -- if one used four digits and not three digits,
19   and one could interpret the second digit of the week
20   code as part of the year, if that happened to be a
21   zero you'd think it was '07 instead of '97.
22   A.   Well, you can make mistakes any way you
23   want, but bottom line, they got the year right.
24   Even in that era of what they were doing, and it's
25   still really easy to figure it out.  It's not going

106

1    to take long.  It didn't take you long to realize
2    that there was an error.  You claim you don't know
3    anything about DOTs and how difficult it is, you
4    figured it out before you handed it to me.
5    Q.   Oh, you're so funny.
6    A.   You knew what the problem was.
7    Q.   I don't know anything.  You're right.
8    Gosh, you got me.
9    A.   Exactly.  It's not hard.
10   Q.   That's so telling.
11   A.   When it comes down, it's not hard.
12   Q.   That is so telling.  You made a joke, ha,
13   ha.
14      So you were involved, at some point in
15   time, in advising tire makers, specifically
16   Continental, on various issues of tire design?
17   A.   I was involved with the design,
18   development and even manufacturer of tires for many
19   years.
20   Q.   So let's go back to this DOT code.  It's
21   got 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 digits in the
22   pre-2000 year, that's what I counted.  How much does
23   it cost to put that code on there?
24   A.   I don't know.  You have to engrave it
25   into thousands of molds and it has to be changed

107

1    every week, has to be changed on a weekly basis,
2    which there's definitely money and time involved
3    with it, but I don't have a specific number.
4    Q.   Well, per tire?
5    A.   I can't even tell you per tire.  As I
6    said, it's --
7    Q.   A lot?
8    A.   Huh?
9    Q.   A lot?
10   A.   I don't know how to phrase it.  Compared
11   to the overall raw materials in the tire, no, it's
12   not a lot, but there is a cost.  It's a safety issue
13   involved with it.  Somebody's got to climb in the
14   press when it's hot to change the mold.  There's
15   always been a safety issue related to people working
16   in the plant, try to keep it as minimal and simple
17   as you possibly can from a safety standpoint.  Still
18   enough information that it helps us as consumers.
19   And the other thing is it's dictated by the
20   government.  The government specifically tells us
21   how to put it in there, what to put in there.
22   Q.   But we said earlier the government
23   doesn't say that you can't put more, does it?
24   A.   No, you're right.  It's just another
25   date, more cost engraving in the mold and more of a

108

1    safety consideration the worker having to change two
2    things in each one of the hundreds and hundreds of
3    curing molds that are in the plant every week.
4    Q.   So do you have a citation to some
5    document that Continental or any other manufacturer
6    had a safety problem with people changing the plates
7    in the molds; and therefore, the plate could not be
8    larger than ten characters?
9    A.   No.  Not specifically what you're asking
10   there, no.  I know of nothing.
11   Q.   As I understand it, there's a little
12   plate that will affix to the inside of the mold, you
13   say engraving the mold, they don't go and actually
14   write something on the inside of the mold, they just
15   put a little plate in that has the DOT number,
16   right, and affixes to the inside of the mold, and
17   that becomes the -- it's in the negative, and it
18   becomes transferred to the positive rubber and the
19   number's readable; isn't that how it works?
20   A.   I wouldn't describe it that way, but I
21   guess that's one way to describe it.
22   Q.   You say engraving the mold, made me think
23   there's an engraver that goes in there and engraves
24   every week.  It's a serial plate, right?
25   A.   I said earlier on there's a couple



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

### 109

1  different ways you can do it.  Part of it you have
2  to change.  Part of it is engraved, part of the
3  serial number is engraved, but the part that -- the
4  date code, if you have to change it can be done
5  either with a serial tin or else a special plug
6  that's put in the mold.
7      Q.  All right.  Then a plug is what I was
8  calling a plate.  That's a plug that's a removable
9  thing from the mold, right?
10     A.  Yes.
11     Q.  Okay.  So instead of just the plug, so
12  would you say like the plug for this mold that
13  created the tire in question, which part of it would
14  be engraved and which part of it would be the plug,
15  which part of the serial number?
16     A.  Well, definitely the date code of it,
17  which currently is a four digit -- as we determined,
18  is a four digit -- since 2000 it's a four-digit
19  number, that part of it's going to have to be either
20  a serial plate, a serial tin or a plug that goes
21  into the mold.
22     Q.  Serial plate or a plug?
23     A.  Yes.
24     Q.  Which one would the one in question be,
25  serial plate or a plug, if they're different?

### 110

1      A.  I said it would either be, there isn't
2  one or the other, it would be either, depending upon
3  the tire manufacturer and depending upon the mold,
4  how the mold is designed.  You could either use a
5  plug or some type of serial tin or plate.
6      Q.  In the instant tire, which was it?
7      A.  Okay.  That's a little bit more specific
8  question.  I'm sorry.  I might be able to answer
9  that question for you.
10     Q.  It's okay.
11     A.  In the subject tire the whole DOT number
12  is put in the mold with a serial tin with screws at
13  both ends.  It's actually screwed in the mold.
14     Q.  'Cause you could see the little screws
15  there on the tire.
16     A.  I could even see the plate too.
17     Q.  Okay.  All right.  So are you saying then
18  that it would be technically impossible to have the
19  plate a little bit bigger and say something like,
20  use before -- kind of like a milk carton, as an
21  expiration date, use before, what would it be,
22  September 2004?
23     A.  Not on this particular tire.  Looks like
24  there's more room on the sidewall.  Some tires there
25  aren't a lot of room on the sidewall, make it a

### 111

1  little more problematic in making the serial tin
2  bigger.  You might be able to make the serial tin
3  bigger if you wanted to add more characters and more
4  things to it.
5      Q.  So it wouldn't be technically impossible
6  to do, right?
7      A.  No.  Again, as I said, depends upon the
8  mold, and it's just a cost and a safety
9  consideration.
10     Q.  But why is it any different to put in a
11  plate that has those additional words on it than put
12  in a plate that has the DOT number on it; that's a
13  safety consideration?
14     A.  It could be, sure.
15     Q.  Explain it to me, please.
16     A.  From the standpoint of when you start to
17  make it bigger you start to make it wider, you may
18  not be able to fix it firmly in the mold with two
19  screws, you may have to use four.
20     Q.  Four screws?
21     A.  Sure.  I mean, you have to be able to
22  manufacture tire after tire without it coming loose
23  or coming undone, and you just don't willy-nilly
24  make changes like that.  So many types of changes in
25  my career with all different aspects of the tire

### 112

1  that I recognize that when you start doing what
2  you're asking about, there's a good chance you're
3  going to have to do more than just what seems simply
4  just put a couple of screws in it.
5      Q.  And you consider putting something like
6  that on willy-nilly?
7      A.  No, I said you wouldn't want to do it
8  willy-nilly.
9      Q.  Willy-nilly means what?
10     A.  Means without giving it a lot of
11  evaluation and consideration, how you make sure that
12  this larger plate that you're proposing can be
13  firmly affixed in the mold so that you can
14  manufacture tire after tire after tire for the whole
15  week without it coming loose or falling out, and
16  then someone having to repair it.
17     Q.  What are the other markings on this tire
18  besides this DOT number?
19     A.  There's all kinds of markings on the
20  sidewall.  There's the brand name.
21     Q.  Is that -- where is that, is that on a
22  plate?
23     A.  No.
24     Q.  Okay.  What else?
25     A.  There's a safety warning note on the



# ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

## 113

1  sidewall of the tire.
2      Q.  You mean the mounting issue?
3      A.  Conveys two important maintenance
4  informations; one has to do, yeah, with mounting the
5  tire, but that's the second one.  The first one is
6  the issue about tire failure can occur and serious
7  injury may result from running a tire under-inflated
8  or overloaded, so that's the --
9      Q.  How is that put in there?
10      A.  That's engraved in the mold.
11      Q.  Is that required?
12      A.  No.
13      Q.  So Continental just decides to put it in
14  or other people decide to put it in?
15      A.  The tire industry is pretty much standard
16  as one what I would refer to as a multi-faceted way
17  of conveying maintenance information.
18      Q.  Let me ask you:  When you were at
19  Continental did Continental always follow the other
20  tire manufactures or did it consider itself a leader
21  in the tire industry?
22      A.  Both.
23      Q.  Well, it seems to me those are mutually
24  exclusive options.  If you're a leader, you don't
25  always follow; if you follow, you're not a leader,

## 115

1      A.  Correct.
2      Q.  So now when you were at Continental did
3  they study how difficult it would be to affix a
4  plate that says, remove this tire from service at a
5  given date?
6      A.  I can't remember them specifically along
7  the terms of what the exact term that you have.
8  They may or may not have.  I can't recall any
9  situation where they evaluated that specifically,
10  no.
11      Q.  Well, you were talking about the
12  difficulties in affixing that plate, that's not
13  anything you studied at Continental?
14      A.  That's a different question.  I would
15  say, yes, we have evaluated the size and the shape
16  of the plate and what the best way is to get it
17  affixed to the mold so that it would stay in the
18  mold and not come out, and also be safe for the
19  operator to be able to change it on a weekly basis.
20      Q.  That's the plate that you're talking
21  about that's the current DOT plate, right?
22      A.  No, it's not the current plate, that's
23  the plate that's in this tire.
24      Q.  By current I meant the DOT plate, not a
25  plate that we were hypothecating about that would

## 114

1  so which are you?
2      A.  Depends on the situation.
3      Q.  In terms of safety.
4      A.  Well, you didn't say in terms of what.
5      Q.  Now I said it.
6      A.  Well, even that's a terribly broad term.
7  Really depends on what the situation is.
8  Continental is a tremendous leader in the industry,
9  and technically very well advanced; but sure, if
10  they see somebody else is doing something that they
11  think is better and makes more sense in any respect,
12  they're not going to not do it or follow it because
13  they think they're a leader and shouldn't follow
14  what someone else is doing.
15      Q.  Well, let's turn it around, what if they
16  think that something else is better but nobody else
17  is doing it, they're going to follow the way of the
18  industry or they're going to do what's safe?
19      MR. LEVER:  Objection to form.
20      THE WITNESS:  They're going to do what
21  they consider to be the most appropriate thing to do
22  for the consumer.
23  BY MR. WILNER:
24      Q.  Regardless of what the other people in
25  the industry do, right?

## 116

1  contain additional information, that was my
2  clarification.
3      A.  Right.  Yes.
4      Q.  So my exact question was:  Can you cite
5  me to any study that Continental did that said, oh
6  well, we can't put a bigger plate in there that says
7  to the consumer, use before this date, and clearly
8  states the date because we just couldn't figure out
9  a way to affix that plate?
10      A.  Not the specifics to what you're stating,
11  but I can tell you that the size, the shape of the
12  current plate is taken into consideration, the
13  safety considerations and being able to put it in a
14  mold, and other sizes and shapes and other ways to
15  do it have been looked at many times over my career.
16      Q.  And the conclusion of all that though, as
17  you said before, is that it's certainly technically
18  possible to include additional information, such as
19  use before this date, a given date?
20      A.  Yeah.  If it was necessary, if there was
21  a need to do it, if it made sense to do it, I'm sure
22  they could figure out a way to do it, but you just
23  don't do it willy-nilly.  May be a safety
24  consideration, you may have to use additional screws
25  to do it.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

117

1    Q.  Okay.  And so when you say, if it made
2  sense to do it, did the recommendation in
3  February 13, 2006 make sense?
4        MR. LEVER:  Objection to form.
5        THE WITNESS:  Yes.
6  BY MR. WILNER:
7    Q.  Tire service recommendation, did that
8  make sense?
9    A.  Yes.
10    Q.  Okay.  So it would make sense -- so in
11  what way would it not make sense to tell the
12  consumer on the product what Continental is saying
13  in its maximum service life for passenger car and
14  light truck tires, what way would it not make sense?
15    A.  Because I don't see how you -- there's a
16  lot of information here.  There's three pages of
17  information that you can't boil down and put on a
18  sidewall of a tire.  It's conveyed in a much better
19  way through a bulletin.
20    Q.  How does a consumer get this?
21    A.  There's all kinds of ways you can get it.
22  You can call Continental, you can look it up on the
23  internet --
24    Q.  How would you know to call?
25    A.  You can call your local tire dealer.

118

1    Q.  How would you know to call?
2    A.  How would you know to look on the
3  sidewall of your tires?  If you looked at the
4  side --
5    Q.  That's your answer?
6    A.  Have you looked at the sidewalls of your
7  tires to see if it has a date?  Maybe it has one and
8  you just don't even realize it.  I apologize.  I
9  don't mean to argue with you at all, it's just
10  that --
11    Q.  Well, I've avoided not hemming and
12  humming stuff, like what kind of tires you use
13  personally, because I'm not trying to be personal, I
14  understand.  So I appreciate it if you don't try --
15    A.  I really do apologize.  But you could put
16  some information on the sidewall of the tire if it
17  made sense.  There's information on the sidewall of
18  the tire already that consumers -- all of us as
19  consumers, if you want to know what the date is of
20  your tire and you want to get it out of service
21  based upon the date, you can easily find out.  As I
22  said before, it doesn't take much to figure it out.
23    Q.  All right.  Other than what you just
24  talked about before, about having more screws and
25  having a safety concern for the people who install

119

1  it, what other down sides are there for putting a
2  clear date and putting a clear -- and/or putting a
3  clear expiration date?
4    A.  Just how well -- what it would actually
5  take to get it so it would be able to stay in the
6  mold and not fall out during the week.  The larger
7  you make anything the more difficult it is to get it
8  to remain affixed in the mold.
9        MR. LEVER:  I'm going to object to that
10  last question.  I didn't have an opportunity --
11        MR. WILNER:  No problem.
12  BY MR. WILNER:
13    Q.  Other than the technical manufacturing
14  issue; what, if any, down sides are there to
15  labeling the product in this way?
16    A.  I would have to give it some thought.  I
17  can't think of anything off the top of my head.  I
18  have to think about it.
19    Q.  How many consumers would it take who
20  might recognize something like that on their tire
21  that says, you know, use before this date, and take
22  a tire out of service that was ten years old; how
23  many of those instances would it take so that you as
24  an expert would feel that the expiration code would
25  be justified?

120

1    A.  How many what?
2    Q.  How many consumers who didn't otherwise
3  know, but who saw it engraved on the outside of
4  their tire, take this tire out of service after this
5  date; how many instances of that would justify
6  putting the date code on, to you, as an expert?
7        MR. LEVER:  Objection to form.
8        THE WITNESS:  I'm sorry.  Your question
9  doesn't make sense.  I also have a concern about
10  overemphasizing it, actually.  A concern that all of
11  us have had.  You don't want to overemphasize this
12  recommendation.  I told you how low it is on the
13  list of considerations and concerns about tire
14  maintenance.  I have just as much concern, and most
15  people do, that if you overemphasize it, like doing
16  what you're saying, that somebody has a tire that's
17  worn out, steel belt sticking out the belt edges,
18  impact damage, like we have on this tire, they'll
19  look on the side of the tire and it says, recommends
20  take it out on such and such a date, and say, that's
21  six months from now, I have six months I can run on
22  this tire before I take it out of service, I'm just
23  going to keep running on it.
24  BY MR. WILNER:
25    Q.  So that's why --



# ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

121

1    A.  That's one.  There's all kinds of
2  considerations you have to take into account why you
3  can't overemphasize an issue like this.  It really
4  isn't that big of an issue, as much as it is more
5  importantly take tires out of service that need to
6  come out of service because of the condition of the
7  tire.  We don't stamp on the sidewall of the tire
8  either, warning, take the tire out of service when
9  the wear bars are exposed, take the tire out of
10  service when you see a bulge or distortion or
11  accelerated wear on the sidewall.  There's all kinds
12  of important maintenance information that is
13  conveyed to consumers.  You can't overemphasize one
14  of them.  If anything is the most important thing is
15  the under-inflation warning, and that is stamped on
16  the side.
17    Q.  It is?
18    A.  Yeah.  That is -- of all the
19  considerations, of all the maintenance, that is by
20  far the most important issue that needs to be
21  conveyed and is conveyed on the sidewall.  All kinds
22  of other maintenance information needs to be
23  conveyed, this is just one in the whole host of
24  things.  This is pretty far down the list, and you
25  can't overemphasize it.

122

1    Q.  So it would be overemphasizing it to put
2  it on the tire, but not overemphasizing it to send a
3  bulletin?
4    A.  Correct.
5    Q.  Okay.  And can you tell me, can you cite
6  to me any meeting that you had while you were at
7  Continental or any document at Continental that said
8  that this was considered and rejected because it
9  would be an overemphasize?
10    MR. LEVER:  Objection to form.
11    THE WITNESS:  It was discussed many times,
12  many times.  I was involved with the discussions
13  and --
14  BY MR. WILNER:
15    Q.  Oh, okay.  I guess I didn't understand
16  that.  So you were involved in discussions at
17  Continental on whether an expiration date should be
18  stamped on tires --
19    MR. LEVER:  Objection to form.
20    Q.  Or engraved?
21    A.  I was involved with this bulletin went
22  out and the wording went out on the bulletin.
23    Q.  I understand the bulletin.  I'm talking
24  about the tire, putting it on the product, itself.
25    A.  There's been discussions over the years

123

1  about whether it makes sense to put something on the
2  sidewall of the tire.  The bottom line, it does not.
3    Q.  I understand that you think bottom line
4  it does not.  I'm just curious now, you were
5  involved in discussions at Continental on that
6  subject, as whether an expiration date should be put
7  on the side of a tire?
8    A.  I have been, yes.
9    Q.  When were those discussions?
10    A.  When that bulletin was being formed, what
11  makes sense is the most appropriate way to get the
12  information that needs to be out there to the
13  consumers.
14    Q.  And you decided there's only one
15  appropriate way, and that's this bulletin?
16    MR. LEVER:  Objection to form.
17    THE WITNESS:  Well, it's conveyed there,
18  it's on the website, you can find it a number of
19  different places, along with a lot of other
20  maintenance information.
21  BY MR. WILNER:
22    Q.  Well, where did this product service
23  information bulletin go?
24    A.  It went to a wide variety of different
25  locations.  You can find it different places on the

124

1  internet, you can find it at dealers who sell tires
2  who really have to be involved with maintenance on
3  tires, any place that really services tires, whether
4  it be a tire shop or vehicle manufacturer, garages,
5  things of that nature.
6    Q.  Was there any attempt to put it out in
7  information available to the general public?
8    A.  Yeah.  All that is made as ways to get it
9  out in the hands of the people who can use it and
10  help consumers with maintaining their tires.
11    Q.  Well, no, I mean, specifically was there
12  any attempt, I assume that you were aware that there
13  was advertising that these companies do --
14    A.  Yeah.
15    Q.  To the public?
16    A.  Yeah.  There's bulletins that are put
17  out.  But sitting here, the way you're asking the
18  question, I don't recall off the top of my head
19  various other ways the company has released that in
20  newspapers and things of that nature, but --
21    Q.  You're unaware or they have?
22    A.  I said, off the top of my head, I don't
23  remember.
24    Q.  You think they have?
25    A.  They do publish that in a lot of



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

125

1  different ways.
2      Q.  You think they put it in newspapers?
3      A.  It gets released to the press, whether
4  the press puts it in the newspaper or not is
5  something else.  It does get released to the press.
6      Q.  All right.  First let's talk about
7  advertising, which you control what's in it.  You
8  think this was put in advertisements that were
9  manufactured?
10         MR. LEVER:  Objection to form.
11         THE WITNESS:  I never said that.
12  BY MR. WILNER:
13      Q.  Well, I didn't say you said it, that's
14  why I'm asking you.
15      A.  I never -- I wouldn't think they'd put it
16  in there.
17      Q.  All right.  So you think this was sent to
18  the press, what press?
19      A.  You know, I wasn't involved with that.  I
20  don't know --
21      Q.  Well, you said it was.
22      A.  No, I said, I don't remember.
23      Q.  You don't know.  All right.
24      A.  No, I didn't say I don't know, I said I
25  don't remember all the different ways that was done,

126

1  but that's typically the way that this type of
2  information gets out, is kind of a multi-faceted
3  approach of sending it to a lot of different medias
4  and facilities that service tires and putting it on
5  the internet.
6      Q.  Well, this also says, consumer should
7  note -- I'm sorry.  Above that:  Vehicle
8  manufacturers may recommend a different
9  chronological age at which a tire should be replaced
10  based on their understanding of the specific vehicle
11  application.  Continental recommends that any such
12  instruction be followed.  Do vehicle manufacturers
13  recommend, or some of them recommend, that tires be
14  removed from service based on time?
15      A.  Yeah.  You'll find some vehicle
16  manufacturers do recommend replacing tires at
17  certain ages.
18      Q.  Which manufacturers, and what was the
19  basis?
20      A.  Well, Ford does now, you find it in their
21  new owner's manual.  They didn't send anything out
22  to current -- owners of existing Ford vehicles, but
23  they did put it out in new vehicles.  Their's is six
24  years.  The basis for it is the feeling is they sell
25  tires, so it's a way to sell tires, because six

127

1  years is -- there's no justification for six years.
2  And you'll find some other vehicle manufacturers,
3  occasionally you'll find something in some of their
4  owner's manuals.
5      Q.  Okay.  Before I go into Ford, you told me
6  that this was on the website, I think you said that.
7      A.  I said you could find it on the internet
8  if you search for it.
9      Q.  Well, you said website, so I'm going to
10  search --
11         MR. LEVER:  Objection to form.
12         THE WITNESS:  Well, I said websites.  You
13  have to get to the right ones.
14  BY MR. WILNER:
15      Q.  Well, wouldn't it be on Continental's
16  website?
17      A.  It may be.  You'd have to look.
18      Q.  All right.  I'm looking.  So here's what
19  it says, I've got -- I went into -- let me back up.
20  I went into Customer Care Frequently Asked
21  questions.  Okay?
22      A.  Uh-huh.
23      Q.  And in there one of the questions is:
24  What is the service life of a passenger or light
25  truck tire.

128

1      A.  Okay.
2      Q.  You think it should be there?
3         MR. LEVER:  I don't understand where these
4  questions are going towards.
5         MR. WILNER:  Going towards his credibility
6  about websites.
7         Why don't you read what they wrote in
8  Continental's website.
9         MR. LEVER:  I'm going to object to this.
10         MR. WILNER:  Okay.
11         THE WITNESS:  Long recognize consumer's
12  role -- where's your --
13  BY MR. WILNER:
14      Q.  Use the mouse.  Doesn't say the same
15  thing, does it?  Does it?
16      A.  Yes, it's the exact same
17  February 13, 2006 letter, right there (Indicating).
18      Q.  That's a link.  You activate it?
19      A.  On the website, yes.  Very easy, one
20  click, I had it.
21      Q.  And before that it says, the tire
22  industry has recognized the customer's role in the
23  regular care and maintenance of their tires.  The
24  point at which a tire is replaced is a decision for
25  which the owner of the tire is responsible.  Blah,



ESQUIRE

an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

## 129

1   blah, blah.  Doesn't say anything about this
2   ten-year thing.
3      A.   It's exact same paragraph that's in the
4   first paragraph of this February 13th letter, and it
5   gives you the link to give you all of the rest of
6   the information.
7      Q.   Okay.  So if they read that first
8   paragraph they don't get it, they pull a link, then
9   they get that document?
10      MR. LEVER:  Objection to form.
11      Q.   Is that fair enough?
12      A.   That's fair enough.  It's there.
13      Q.   Okay.  They know where to look.  Okay.
14   Tell me about Ford now.  Ford you say gives a
15   six-year regardless of treadwear, says, tires should
16   be replaced after six years regardless of treadwear;
17   are you aware of that?
18      A.   Yes.  That's what I said.
19      Q.   Is that new information that Ford acted
20   upon?  Did Ford do a study?
21      MR. LEVER:  Objection to form.
22      THE WITNESS:  If you talked to the
23   technical people that were involved with that,
24   they'll basically say there's no technical
25   justification for the six-year age limit that Ford

## 130

1   came out with.
2   BY MR. WILNER:
3      Q.   Since we can't, let's stick to what's
4   published.  Was there -- did Ford submit to NHTSA a
5   detailed study about tire age?
6      A.   I don't know.
7      Q.   You haven't read it?
8      A.   I don't know which one you're referring
9   to.  They may have submitted all kinds of things, so
10   you have to show me which one you may be referring
11   to, and I can tell you what my thoughts are on it.
12      Q.   Well, according to NHTSA in their report
13   of August 2007, are you familiar with that report?
14      A.   You have to show it to me.
15      Q.   Research report to congress on tire
16   aging.
17      A.   You'll have to show it to me.
18      Q.   Okay.
19      A.   I probably was exposed to it at some
20   point.  It generally looks familiar.
21      Q.   On Page 22 here it talks about non-NHTSA
22   studies, and they say:  After the T-R-E-A-D, the
23   Tread Act, Ford Motor Company began an independent
24   research project to develop a tire aging test
25   protocol to test methods for use in all of its

## 131

1   original equipment tire, with a goal to reduce tire
2   aging with a causal factor in tire-related disables.
3   And they go on to discuss this research that Ford
4   did.  Are you familiar, in general, with research
5   that Ford did?
6      A.   Generally, I am.  Again, I don't know
7   everything Ford's done.  I'm aware of some of the
8   work that they have done and I'm aware of the
9   deposition testimony of one of the main guys
10   involved with it, who in his deposition has said
11   there was no technical justification, no data to
12   support Ford's six-year age limit.
13      Q.   Let me confine our analysis, if we could
14   to, again, the scientific literature, because we
15   don't have this person available to question.
16   Specifically what I'm talking about is Docket Number
17   NHTSA 20521276, with would have been the Ford study
18   as submitted to NHTSA.  So my question is:  In your
19   expert testimony, have you read and digested and
20   understood that study?
21      MR. LEVER:  Objection to form.
22      THE WITNESS:  Again, I don't know
23   specifically which study that is that you're
24   referring to, but I've looked at a lot of different
25   studies and evaluations, including what Ford has

## 132

1   done.
2   BY MR. WILNER:
3      Q.   Are you familiar with what NHTSA did in
4   its own research in preparation for its 2007 report
5   to Congress, specifically its research in the
6   tires -- in a group of tires used in Phoenix?
7      A.   Yeah, I am generally familiar with the
8   work that they've done.  I don't remember the
9   specific details, but overall I have reviewed what
10   they've done.
11      Q.   Well, do you agree or disagree when NHTSA
12   concludes that at this time NHTSA's research
13   supports the conclusion that the age of the tire,
14   along with factors such as average air, temperature
15   and inflation, plays some role in the likelihood of
16   its failure?
17      A.   As long as you understood what that
18   sentence means.  If you recognize what NHTSA and
19   Ford and everyone else is thoroughly starting to
20   understand, is that it's not the chronological age
21   of the tire, it is what the tire's been subjected to
22   during that period of time, is what's really going
23   to end up determining the condition of the tire, and
24   that's -- if you really read into what NHTSA's
25   saying right there, they recognize that.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

### 133

1    Q.   So you're saying now that you know what
2  NHTSA recognizes apart from what they've written; is
3  that what you're saying?
4    A.   2009, even today, NHTSA does not have a
5  recommendation or state tires have to come out of
6  service at a specific date and time. And they're
7  still struggling with even coming up with any type
8  of a requirement or any type of durability test or
9  anything because there's just -- it relates way too
10  much to the service conditions that the tire's being
11  used in, how it's been maintained.
12    Q.   So are you testifying that you believe
13  that NHTSA has some internal belief that is contrary
14  to their statement that says: At this time, NHTSA's
15  research supports the conclusion that the age of the
16  tire, along with factors such as air, temperature
17  and inflation, plays some role in the likelihood of
18  its failure?
19    MR. LEVER:  Objection to form.
20    THE WITNESS:  I think it's consistent. I
21  think that statement is a very simple one-sentence
22  statement to try to describe a very complex
23  situation that we've been discussing all afternoon.
24  BY MR. WILNER:
25    Q.   And your testimony is that Ford had no

### 134

1  basis to make its recommendation that tires be
2  removed from service in six years?
3    A.   They had no technical basis to establish
4  six years.
5    Q.   And you know that how?
6    A.   Through a gentleman named John Baldwin
7  who was a Ford employee who was involved with that,
8  who has since testified in depositions that if
9  Mr. Ford asked him, does Ford have any technical
10  data, anything to support a six-year age limit, he
11  would say no; he would tell Mr. Ford, no, they
12  don't.
13    Q.   Other than somebody's testimony in a
14  deposition, are you prepared to testify that Ford
15  has no scientific basis?
16    A.   No. Do I know every single thing Ford
17  does, no. I would never claim to that. But six
18  years seems mighty short, just understanding tires.
19    Q.   Does Bridgestone, Firestone have any age
20  recommendations?
21    A.   Yes, and I have their brochure here too.
22  Their basic recommendation is also ten years.
23    Q.   Does that have any technical support?
24    A.   No.
25    Q.   So Ford recommends six years, they don't

### 135

1  have technical support; Bridgestone, they recommend
2  ten years, they don't have any technical support.
3  How about Michelin, what do they do?
4    A.   Ten years.
5    Q.   They don't have any technical support
6  either?
7    A.   They do not, no.
8    Q.   So all these companies are now
9  recommending ten years or shorter, and none of them
10  have any technical support?
11    A.   They do not.
12    Q.   What about Porsche?
13    A.   I don't know specifically, but I would
14  characterize these as one of those when I
15  refer to other vehicle manufacturers from time to
16  time you may find something in their owner's
17  manuals.
18    Q.   Porsche 2006, Porsche 997 owner's manual,
19  tires under no circumstances should tires older than
20  six years be used under Porsche. Do they have any
21  technical support for that?
22    A.   I don't know. I really don't.
23    Q.   That's pretty strong, isn't it, the --
24    MR. LEVER:  Objection to form.
25    THE WITNESS:  Yeah. It may be with how

### 136

1  they have recognized how those tires may be used
2  during those six years on those Porsches. The tire
3  company would -- Continental, as we said in the
4  brochure, this brochure, yeah, if a vehicle
5  manufacturer recognizes it has a different age
6  limit, different recommendations, you follow it.
7  There's certain reasons from a vehicle standpoint
8  you may decide to have a recommendation.
9  BY MR. WILNER:
10    Q.   I mean, that would apply to the spare
11  too, wouldn't it?
12    A.   I didn't really read into it, but... If
13  they even come with a spare.
14    Q.   Toyota says:  Tires deteriorate with age,
15  even if they have never or seldom been used; do you
16  agree with that?
17    A.   As I said before, everything
18  deteriorates, including tires. The issue is if
19  they're properly maintained and properly taken care
20  of that any changes that are going on in the
21  physical properties of the rubber are very minimal
22  to the point where it does not effect the
23  performance of the tire for the durability of the
24  tire. But you can effect that change in those
25  physical properties if you start to subject the tire



# ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

137

1  to some real excessive heat and ozone and other
2  things. So in a general term, I think what I'm
3  telling you is the same thing that they're basically
4  saying in a very short sentence.
5      Q. Ford says: You should replace your spare
6  tire when you replace the road tires or after six
7  years due to aging, even if it has not been used.
8      MR. LEVER: Objection to form.
9      Q. You agree with that?
10     A. Six years, no. I think six years, unless
11 you're out to sell tires. Ford sells tires, unless
12 you're trying to increase your tire sales.
13     Q. What about BMW, what do they say?
14     A. Like I said, depending upon the owner's
15 manual and what vehicle, they may have
16 recommendations. Just like Porsche on that one
17 vehicle had a recommendation.
18     Q. On that one vehicle?
19     A. Yeah, you specifically said it was a
20 Porsche such and such.
21     Q. Do you think that's only on that one
22 vehicle, even if that was used as an example?
23     A. I don't know. I do know you'll find even
24 on Porsche, 'cause I looked at owner's manual, you
25 won't find anything, and some vehicles you will find

139

1  says: Tire aging is exponentially related to the
2  tire's heat exposure, do you agree with that?
3      A. Heat exposure?
4      Q. Yeah.
5      A. I think that's what we've been talking
6  about. As I said, yes, it's not the age of the
7  tire, it's not how old the tire is, you can have
8  tires three years old that needs to come out of
9  service because it's been prematurely degraded, in
10 which you might want to call aged because of the
11 excessive heat that's been involved with it.
12     On the flip side, you got a tire 15, 20
13 years old that because it hasn't been exposed to
14 elevated temperatures, the minimal amount of
15 physical changes in the properties or the aging is
16 so minimal it has nothing to do with the performance
17 of the tire.
18     Q. And aside from keeping the tires in a
19 deep freeze, there is no way to avoid
20 thermo-oxidative aging of tires, correct?
21     A. Any product, even this desk (Indicating)
22 that's here, is slowly changing over time. It's
23 really -- you know, one doesn't get to the point of
24 being a performance issue. With this table, when
25 does this table finally decide to fall apart.

138

1  something.
2      Q. So I just want to make sure I understand.
3  You agree or disagree with this statement -- I'm not
4  sure, if you answered it then bear with me because I
5  did not quite get it, I guess maybe I didn't listen.
6  Let's talk about specifically the Toyota --
7  appearing in the Toyota owner's manual, happens to
8  be a Forerunner: Tires deteriorate with age, even
9  if they have never or seldom been used. Do you
10 agree or disagree with that statement?
11     A. I agree and disagree. I do both.
12     Q. Okay.
13     A. I think it's a little bit simplistic, but
14 I can understand where they're coming from.
15     Q. From the NHTSA study of 2007, NHTSA
16 stated: Agency data indicated that tire aging is
17 exponentially related to a tire's heat exposure, and
18 it states with high average ambient temperatures
19 have much higher tire failure rates. Phoenix had a
20 higher temperature and an average of 169 days with a
21 maximum temperature of 32 degrees, 90 degrees or
22 higher.
23     Now, we've been over this, you accept that
24 tires in high ambient temperature environments
25 age -- well, this different. Let me back up. This

140

1      Q. Exactly.
2      A. The same thing with a tire, that's why I
3  say tires are designed that you properly maintain
4  and properly taken care of they last a long, long
5  time.
6      Q. All right. So I'll go through the papers
7  here, and let's take a five minute break, then I'll
8  go through the documents.
9      (A recess transpired.)
10 BY MR. WILNER:
11     Q. So let's go back on the record for just a
12 little bit. You've got an exhibit here on Vehicle
13 Control Test 1987 Suburban. This is a test you did
14 or was done with someone else or what?
15     A. Yeah. It was my supervision, and I was
16 actually driving the vehicle. It was done with my
17 supervision.
18     Q. Did you say you were driving?
19     A. Yes.
20     Q. And what happened in this test?
21     A. It's where I -- this is an example of
22 many different types of vehicles that I've actually
23 instrumented over my career and created various
24 types of tire disablements, and then had the vehicle
25 (Inaudible) so that I can measure the forces going



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

141

1  on in the vehicle.
2      And in this particular one, the tire
3  disablement was a tread and top steel belt
4  detachment, 360 degrees around the tire.  And it's
5  actually a number of different cameras; there's a
6  trail camera, a vehicle behind, and there's a camera
7  underneath the vehicle shooting at the tire just to
8  show when a tire disablement occurs there's very
9  little forces going on, very little movement of the
10 vehicle, and very easy to control the vehicle.
11     Q.   Is that front or rear?
12     A.   This is a rear-wheel drive.
13     Q.   Which tire?
14     A.   Left rear.
15     Q.   Okay.  So it was easy to control a
16 vehicle after this tread separation, that was the
17 point of this test?
18     A.   Yes.
19     Q.   And did you make numerical measurements
20 of some kind of forces involved?
21     A.   At one time there was.  This was actually
22 done some time in the mid to late 1990s, and what I
23 memorialized was the videotape of the actual
24 demonstration, just to -- 'cause it was easy to kind
25 of maintain that and be able to use that to show the

142

1  jury what happens when there's a tire disablement.
2      Q.   And when you say what happens, you mean
3  they can see you driving and they can see your
4  reactions?
5      A.   You can see the vehicle.  You can see the
6  vehicle, itself, and there's another shot of a
7  camera over my shoulder looking at the steering
8  wheel.  And you can see exactly what's happening to
9  the vehicle as it's driving down the road at
10 expressway speeds, and also shows the minimal amount
11 of steering to maintain the vehicle control.
12     Q.   Did you know the tire was going to do
13 that?
14     A.   Obviously I know that it's going to
15 occur, but I don't know when it's going to occur.
16 And it's not a human factor's issue, it's not
17 related -- it was not meant to see what my reaction
18 was to it.  What it was determining to do was to
19 show the forces going on in the vehicle, just how
20 little they are, just how little effort it takes to
21 control the vehicle.
22     Q.   Was this part of the Firestone, Ford
23 thing?
24     A.   No.
25     Q.   Well, what happened to all those Ford

143

1  Explorers when Firestone tires lost their tread belt
2  separations and went out of control?
3      A.   Well, first of all, most of them didn't
4  end up in an accident.  Most of them, whether there
5  was a tread belt detachment, people slowed down,
6  pulled off the road.  Even in that case, it was very
7  rare where there was actually a very bad accident,
8  and you needed an accident reconstructionist to go
9  in and take a look at why did the accident occur,
10 there weren't even really forces going on in the
11 vehicle.  Even in the Ford Explorer really aren't
12 that great.
13     Q.   Well, so why did it go off the road?
14     A.   'Cause as soon --
15     Q.   Why did so many of them go off the road,
16 or you don't think it was related to the belt
17 separation?
18     MR. LEVER:  Objection to form.
19     THE WITNESS:  From the Ford standpoint,
20 the answer is that it's not the force going on in
21 the vehicle is not that great.  And each one of
22 those accidents you need to analyze that accident,
23 why did this vehicle end up going out of control,
24 and there's usually different factors involved with
25 each accident.

144

1  BY MR. WILNER:
2      Q.   Well, and in our case, in the case that
3  brings us here, you're not saying that the
4  vehicle -- that the mishap caused the tread to come
5  off, right?
6      A.   Correct.  I'm not.
7      Q.   Okay.  I mean, the tread came off and
8  then the mishap occurred?
9      A.   Yes.
10     Q.   And what you're saying is that it
11 shouldn't have knocked this thing off the road
12 because the driver should have been able to correct
13 for it?
14     MR. LEVER:  Objection to form.
15     THE WITNESS:  No.  That's not exactly what
16 I'm saying.  All I'm saying, and where my expertise
17 is, is understanding the forces going on into the
18 vehicle from the tire disablement, and the jury's
19 understanding of that.  And once that event happens
20 though, if the vehicle goes out of control or if
21 there's some type of an accident, you need an
22 accident reconstructionist, that's not my area to
23 determine.
24 BY MR. WILNER:
25     Q.   When you say the forces, so how much



ESQUIRE

an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

145

1 force is on a vehicle, like a Ford Explorer that's
2 going highway speed, how much thrust do the rear
3 wheels produce?
4     A.  I'm not going to be able to quote you any
5 numbers off the top of my head, because each
6 situation is going to be slightly different.  I
7 would put it from the jury's perspective so they
8 would understand it, they can visually see it on the
9 video.  It's really not any more than just a
10 cross-wind on the vehicle that we all have to deal
11 with just going down the road every day.
12     Q.  But I'm trying to cross examine you then
13 on this force issue, because you mentioned the term
14 forces.  So let me do that a little bit anyway.
15 When you used the word force, let's talk, what are
16 the units of force?
17     A.  Well, the easiest is to put it in pounds,
18 but then you can put that over -- you can use that
19 in a unit area standpoint, really depends on how you
20 want to characterize it, but the easiest is in
21 pounds, pounds force.
22     Q.  All right.  Pounds force.  So a vehicle
23 going down the road takes a certain amount, if it's
24 an un-accelerated motion, we know that thrust has to
25 equal drag, right?

146

1     A.  Not sure I understand what you're
2 referring to with that.
3     Q.  Okay.  All right.  How much force does it
4 take to drive a vehicle down the road, how would you
5 figure that out?
6         MR. LEVER:  Objection to form.  I think
7 this is outside the scope of his expertise.
8         THE WITNESS:  Yeah.  I'd have to sit down
9 and look at it.
10 BY MR. WILNER:
11     Q.  It's part of cross examination.
12     A.  Those types of questions you can't do
13 just off the top of my head.  You can sit down and
14 figure it out, you can figure out what the speed is
15 and what the weight of the vehicle is and what the
16 resistance is.  There's a lot of things you can do
17 to look at it to --
18     Q.  You know how to do that?
19     A.  Yeah, if I --
20     Q.  You can.
21     A.  Sure.  I'm an engineer, I can do it
22 depending on how you want to phrase the question
23 exactly what you're looking for.  I wouldn't be able
24 to do it just sitting here, and I wouldn't even
25 attempt to.  Now, if you really wanted it, you can

147

1 get somebody to do an accident reconstruction,
2 really get a detailed analysis, if you want to look
3 at it, on what's going on.
4     Q.  But you talked about force, so I want to
5 see if we have any further remarks.  How much force
6 does a disintegrating or tire that's throwing its
7 belt place on the car?
8     A.  Not enough.  About what I would consider
9 to be would feel like a cross-wind hitting the
10 vehicle.
11     Q.  Well, you used the word force, you said
12 you were going to talk about force, so --
13     A.  No, I didn't say I was going to talk
14 about force.  I'm going to talk about general terms
15 just so the jury can understand, because numbers
16 really don't matter at all.  Whatever the number is,
17 it is, that's not what the issue is.  The issue is
18 really what's happening inside the vehicle.
19     Q.  All right.  I'm entitled to cross
20 examine.
21     A.  I don't have any number in mind.  I
22 haven't come prepared with it.  It's been ten years
23 since I actually looked at these numbers.  I just
24 know I done this many times, and never once has a
25 vehicle ever gotten out of control or close to out

148

1 of control that the forces are just not very great,
2 and easy to maintain the control of the vehicle.
3     Q.  Is that with a tire losing air or not
4 losing air?
5     A.  Actually, both.
6     Q.  So even if it looses air it doesn't put
7 enough force on the vehicle to make a difference in
8 control?
9     A.  No, it does not.  I actually put dynamite
10 charges in the sidewall, blown tires out, I created
11 tread-belt detachments to blow tires out together,
12 the forces aren't -- there are slight differences in
13 every one of those, none of them are that great.
14     Q.  Well, I mean, certainly you've observed
15 many instances where a vehicle has gone out of
16 control immediately following a tread separation,
17 have you not?
18     A.  It's rare.  Sure, I've seen them, but
19 it's very rare, and because the forces aren't that
20 great you got to figure out and look why did that
21 particular rare event occur.
22     Q.  Well, I thought NHTSA studied a fairly
23 large segment of these Ford Firestone tread
24 separations where the vehicle had gone out of
25 control.  Did you look at that data?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

149

1  A. Yeah. I've pretty much digested anything
2  that's public and available and put it as part of my
3  body and knowledge. Any way you look at it it's
4  still a rare event, and the forces in the vehicle
5  are not that great.
6  Q. Well, does that mean that -- so you say
7  you've looked at the data, so is it that the people
8  driving these vehicles just don't react fast enough?
9  MR. LEVER: Objection to form.
10  Q. Or what? I mean, here you have an event,
11  then they go out of control, so what causes them to
12  go out of control?
13  A. I think I've answered that question a
14  number of times. Every situation is going to be
15  worse -- different, excuse me. Every situation is
16  going to be different, and you need an accident
17  reconstructionist to go in to determine in, this
18  rare situation where there was an accident after a
19  tire disablement, why did this rare occurrence
20  happen, and there's all kind of reasons.
21  Q. Like what?
22  A. I make the comment there's a number of
23  different factors that an accident reconstructionist
24  looks at: One is, what did the driver do, did the
25  driver do anything inappropriate, slam on the

150

1  brakes, overcorrect the steering wheel.
2  Q. Okay.
3  A. Second is there some issue with the
4  vehicle, is it lifted way up in the air with lift
5  kits and it doesn't have all the parts put on the
6  vehicle to help stabilize it. So you have to look
7  very closely. Is there some issue with the
8  particular vehicle that makes it more difficult to
9  control. And then the third area is the environment
10  itself, is there some issue with the roadway, is
11  there a curve in the roadway or drop-off at the edge
12  of the road that may make it more problematic.
13  Q. Well, I mean, if you maintain control of
14  the vehicle, then the fact that there's a drop-off
15  at the edge shouldn't be the issue if you don't go
16  there, right?
17  A. You're right, it shouldn't be, but if you
18  do happen to get it off the edge -- if you're along
19  the edge of the road when it occurs, then it ends up
20  dropping of the edge of the road where there's some
21  six-inch drop-off or something, and I have seen
22  situations, and that's going to make it more
23  difficult. Even if you didn't have a tire
24  disablement and you dropped off the end of the road
25  sometimes it causes you a problem.

151

1  Q. Well, in NHTSA's report on the Firestone
2  Wilderness AT tires on Page 15, it says: A belt
3  leaving belt tread separation reducing the ability
4  of a driver to control a vehicle; do you agree or
5  disagree?
6  A. I think that's way to simplistic.
7  Q. Simplistic?
8  A. Uh-huh.
9  Q. So can you say whether you agree or
10  disagree?
11  A. I disagree with it as being too
12  simplistic. I would agree that there's a change in
13  the forces at very slight drag in that position,
14  like a cross-wind, but as long as you don't get the
15  vehicle going sideways from slamming on the brakes
16  or doing to much steering maneuver or having some
17  problem with the vehicle, then realistically it's
18  not really an issue.
19  Q. So it really doesn't matter whether tires
20  have these belt separations in terms of safety?
21  A. No.
22  MR. LEVER: Objection to form.
23  THE WITNESS: I disagree with that too.
24  BY MR. WILNER:
25  Q. Well, is it then a safety concern if they

152

1  have these tread separations?
2  A. Any type of a tire disablement or any
3  type of vehicle issue with your vehicle going at
4  expressway speeds potentially can cause some issue.
5  I've seen where tread belts have flown up and hit
6  the vehicle behind and cause an accident or injured
7  someone. There's always -- you don't want a tire
8  disablement to occur.
9  Q. But in terms of control of the vehicle
10  that it's on, it's not a safety issue, according to
11  you?
12  A. No. That's not what I said. It's a
13  controllable event. While we're sitting here across
14  the United States people are having tire
15  disablements everywhere and having tires blowing out
16  from running over things, and tires cut and
17  punctured and they're slowing down, pulling off the
18  side of the road and changing the tire.
19  Q. Okay. Page 29, NHTSA says: Belt leaving
20  belt tread separation failures of Firestone ATX and
21  Wilderness AT tires manufactured for use on Ford
22  vehicles have led to numerous deaths and injuries;
23  do you think that's right?
24  A. Yeah, I do. That combination, for
25  whatever reason, yeah, there was a -- I think a



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

153

1 slightly higher propensity for accidents, because
2 part of it is just the shear number of that
3 combination out there, is one of the most popular
4 vehicles that was -- SUVs that was ever
5 manufactured, and Firestone had a large portion of
6 the tires. So you're going to see a lot more tire
7 disablements and the combination, and you're going
8 to have a higher number of accidents as a result.
9     Q. As a result of belt leaving belt-tread
10 separations you're going to have accidents?
11     MR. LEVER: Objection to form.
12     Q. Is that what you said?
13     A. As a result of -- not from the tread belt
14 detachment, that's not what I'm saying at all, but
15 because of the fact that in those rare situations
16 something else may be causing the tire to end up out
17 of control and that needs to be looked at in those
18 rare situations when that occurs. It's not from the
19 forces going on into the vehicle from the tire
20 disablement, that's something entirely different.
21     Q. Well, let me just ask you one more time
22 about this. This says: Belt leaving belt-tread
23 separations have led to numerous deaths and
24 injuries, and in the ordinary English language, I
25 think that means that they have caused it.

155

1 occur, because that's one of the potential outcomes.
2 That's going beyond what I'm even talking about.
3     All I'm talking about is just a general,
4 technical science behind a tire disablement that the
5 forces going on in the vehicle are not that great.
6 And most people, the vast majority of people when
7 they have that type of situation end up just slowing
8 down, pulling off the road. It's very rare where
9 there's an accident. You have to look at those rare
10 situations and determine what caused it.
11     Q. When you say what caused it, you mean
12 what caused it in combination with the tread
13 separation, which was the first event in the
14 sequence?
15     MR. LEVER: Objection to form.
16     THE WITNESS: I'm not sure I agree with
17 that. The example what we have here, you know, the
18 first sequence of what happened was him buying these
19 used tires from someone -- not knowing what the
20 history of the tires or condition of the tires were.
21 You go back to what's the first event in the
22 sequence of tragedies that took place to when this
23 accident occurred. So it's really what you want to
24 define is what the first event really was.
25     Q. How about that the date of the

154

1     A. I thought you said it also said Ford
2 vehicles in there.
3     Q. Yes.
4     A. You're not telling me the whole sentence.
5     Q. No, I read the whole sentence earlier.
6 Don't be contentious with me.
7     A. No. This last time you did not read the
8 whole sentence the way it's stated in there.
9     Q. And I read it to you earlier. And my
10 question to you is: Do you deny that belt leaving
11 belt-tread separations have caused numerous deaths
12 and injuries?
13     MR. LEVER: Objection to form.
14     Q. That's pinning you down.
15     A. I would -- depending on what your
16 terminology of numerous is. One of the obvious
17 issues that you have to be concerned about with any
18 tire disablement with a tread and belt coming off is
19 does it wrap around the axle, does it create a wrap
20 around the parking brake, as an example. There have
21 been some situations, rare situations when that has
22 been the reason why the vehicle went out of control.
23 So from that standpoint, you are always considering
24 that's one of the reasons you don't want a tire
25 disablement or tread-belt separation or detachment

156

1 manufacturer was not stamped on the tire, how about
2 that, goes back to 1994?
3     A. In his deposition he wasn't interested in
4 the date, and it has absolutely nothing to do with
5 the failure of this tire. There's nothing from the
6 age of this tire to cause it to fail.
7     Q. If you put the date on it maybe he would
8 be interested.
9     Nothing further.
10     (The witness, after having been advised of
11 his right to read and sign this transcript, does not
12 waive that right.)
13     (The deposition was concluded at
14 approximately 5:10 p.m.)



ESQUIRE

an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

157

1        SIGNATURE OF DEPONENT
2        I, the undersigned, JOSEPH L. GRANT, do
3   hereby certify that I have read the foregoing
4   deposition and find it to be a true and accurate
5   transcription of my testimony, with the following
6   corrections, if any:
7
8   PAGE   LINE      CHANGE      REASON
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25        JOSEPH L. GRANT      Date

158

1        CERTIFICATE OF REPORTER
2        I, Sherri L. Puleo, Shorthand Reporter and
3   Notary Public for the State of North Carolina at
4   Large, do hereby certify that the foregoing
5   transcript is a true, accurate, and complete record.
6        I further certify that I am neither
7   related to nor counsel for any party to the cause
8   pending or interested in the events thereof.
9        Witness my hand, I have hereunto affixed
10  my official seal this 19th day of August, 2009, at
11  Mecklenburg County, North Carolina.
12
13
14
15        Sherri L. Puleo, Shorthand Reporter
          Notary Public # 200705900116
16
17
18
19
20
21
22
23
24
25

159

1        INDEX
2                         Page/Line
3   EXAMINATION BY MR. WILNER      3    14
4   SIGNATURE OF DEPONENT          157  1
5   CERTIFICATE OF REPORTER        158  1
6
7
8
9        REQUESTED INFORMATION INDEX
10
11       (No Information Requested)
12
13            EXHIBITS
14  PLF. EX. 1    Rim Line Grooves as an Indicator of
                  Underinflated or Overloaded Tire
15                Operation in Radial Tires
16  PLF. EX. 2    Thornton, Davis & Fein Document
17  PLF. EX. 3    Care and Service of Automobile and
                  Light Truck Tires
18
19  PLF. EX. 4    Forensic Tire Expertise, LLC
20  PLF. EX. 5    Tire Safety - Everything Rides on It
21  PLF. EX. 6    Passenger and Light Truck Tire
                  Conditions Manual
22  PLF. EX. 7    Compression Grooving as an Indicator
                  of Over-Deflected Operating Conditions
23                in Tires
24  PLF. EX. 8    Tire Technology International 2006
25  PLF. EX. 9    Aging of Tire Parts During Service

160

1            INDEX CONTINUED
2   PLF. EX. 10   Understanding Elastomer Technical
                  Data Sheets
3
    PLF. EX. 11   Aging Process in Passenger Car Tires
4
    PLF. EX. 12   The Absorption of Oxygen by Rubber
5
    PLF. EX. 13   Impact Simulations in the Lab
6
    PLF. EX. 14   Technical Bulletin
7
    PLF. EX. 15   Michelin Document
8
    PLF. EX. 16   The Tire Technology Conference
9
    PLF. EX. 17   Tire Examination Notes
10
    PLF. EX. 18   Invoice 01200901
11
    PLF. EX. 19   Carfax Report
12
    PLF. EX. 20   Tire Care and Safety Guide
13
    PLF. EX. 21   The Pneumatic Tire
14
    PLF. EX. 22   Tire Forensic Investigation
15
    PLF. EX. 23   Traffic Collision Investigation
16
    PLF. EX. 24   Traffic-Accident Investigation Manual
17
    PLF. EX. 25   International Tire Exhibition and
                  Conference Paper 15C
18
19  PLF. EX. 26   Tire Inspection Guidelines
20  PLF. EX. 27   Passenger and Light Truck Tire
                  Conditions Manual
21
22  PLF. EX. 28   Tire Technology International
23  PLF. EX. 29   Road Hazard Impact
24  PLF. EX. 30   SAE Technical Paper Series
25  PLF. EX. 31   GM Statement Regarding Tire Aging



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com

161

INDEX CONTINUED

1
2      PLF. EX. 32    June 10, 2005 Letter
3      PLF. EX. 33    May 9, 2006 Study
4      PLF. EX. 34    2007-01-0733 Document
5      PLF. EX. 35    NHTSA 61-01 Document
6      PLF. EX. 36    June 11, 2009 Document
7      PLF. EX. 37    Compression Grooving and Rim Flange
                      Abrasion as Indicators of
8                     Over-deflected Operating Conditions in
                      Tires
9
       PLF. EX. 38    Effects of Over-deflection on the
10                    Tire/Rim Interface
11     PLF. EX. 39    Tyre Damage and its Causes
12     PLF. EX. 40    Do Linear Patterns Affect Tire
                      Performance
13
       PLF. EX. 41    Standard Testing Labs
14
       PLF. EX. 42    Vehicle Control Test - DVD.
15
       PLF. EX. 43    Structural Impact Damage Under Varying
16                    Laboratory Conditions
17
          (All exhibits were marked at the conclusion of the
18                    deposition.)
19
20
21
22
23
24
25



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.322.8416
Facsimile: 904.355.6152

1609 Riverplace Tower
1301 Riverplace Boulevard
Jacksonville, FL 32207
www.esquiresolutions.com